UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury N-86-1

FILED

MAR 21   1 46 PM '86

U.S. D'S.
NEW HAV

/KOD

| | |
|---|---|
| UNITED STATES OF AMERICA | :   CRIMINAL NO. H-85-50(TEC) |
| v. | :   VIOLATIONS: |
| VICTOR MANUEL GERENA,<br>  a/k/a "Aguila," | :   18 U.S.C. §§ 2113(a) & 2<br>  (Robbery of Federally Insured<br>   Bank Funds)<br>  Counts One, Three, Five and<br>  Seven |

FILIBERTO OJEDA RIOS,
  a/k/a "Luis,"
  a/k/a "Greco,"
  a/k/a "El Viejo,"
  a/k/a "Garcia,"
  a/k/a "Carlos,"
  a/k/a "Jose,"
  a/k/a "Juvenal Concepcion,"
  a/k/a "Pedro Almodovar,"
  a/k/a "Julio Lopez,"

18 U.S.C. §§ 2113(d) & 2
(Aggravated Robbery of
  Federally Insured Bank Funds)
Counts Two, Four, Six and Eight

HILTON E. FERNANDEZ DIAMANTE,
  a/k/a "Antonio,"
  a/k/a "Romano,"
  a/k/a "Lauro,"

18 U.S.C. §§ 659 & 2
(Theft from Interstate Shipment)
Count Nine

AVELINO GONZALEZ CLAUDIO,
  a/k/a "Adan,"
  a/k/a "Tino,"
  a/k/a "Gil,"

18 U.S.C. §§ 2314 & 2
(Interstate Transportation of
  Stolen Money)
Counts Ten and Seventeen

18 U.S.C. §§ 2314 & 2
(Foreign Transportation of
  Stolen Money)
Counts Eleven, Twelve and Thirteen

JUAN E. SEGARRA III PALMER,
  a/k/a "Junior,"
  a/k/a "Papo,"
  a/k/a "Max,"
  a/k/a "Ramon,"
  a/k/a "Jose Perez Moreno,"
  a/k/a "Ronald Princiotta,"

18 U.S.C. § 1951
(Conspiracy to Interfere with
  Commerce by Robbery)
Count Fourteen

JORGE A. FARINACCI GARCIA,
  a/k/a "Roberto,"
  a/k/a "Rafi,"

18 U.S.C. §§ 1951 & 2
(Interference with Commerce by
  Robbery)
Count Fifteen

NORBERTO GONZALEZ CLAUDIO,
  a/k/a "Johnny,"
  a/k/a "Noe,"

18 U.S.C. § 371
(Conspiracy to Rob Federally
  Insured Bank Funds, to Commit
  a Theft from Interstate
  Shipment, and to Transport
  Stolen Money in Interstate
  and Foreign Commerce)
Count Sixteen

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury N-86-1

ELIAS S. CASTRO RAMOS, — 8
   a/k/a "Martin,"
   a/k/a "Urbano,"

ORLANDO GONZALEZ CLAUDIO,
   a/k/a "Jumbo,"
   a/k/a "Gallego,"
   a/k/a "Faco,"
   a/k/a "Boris,"
   a/k/a "Luis Goitia,"

LUZ M. BERRIOS BERRIOS
   a/k/a "Yayi,"
   a/k/a "Mima,"
   a/k/a "Lucy Segarra,"

ISAAC CAMACHO NEGRON,
   a/k/a "Frank,"

IVONNE MELENDEZ CARRION, — 12
   a/k/a "Falcon,"
   a/k/a "Julie,"

ANGEL DIAZ RUIZ,
   a/k/a "Milo,"
   a/k/a "Jerry,"

NORMAN RAMIREZ TALAVERA,
   a/k/a "Pedro,"
   a/k/a "Jose Rodriguez,"
   a/k/a "Luis Rodriguez,"
   a/k/a "Rafael Lopez,"

CARLOS M. AYES SUAREZ,
   a/k/a "Pio,"
   a/k/a "Juan Perez,"
   a/k/a "Juan Rivera,"

LUIS A. COLON OSORIO,
   a/k/a "Manuel,"
   a/k/a "Rafa,"
   a/k/a "Rafi,"
   a/k/a "Hector,"
   a/k/a "Andres Leon Pagan,"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury N-86-1


ROBERTO J. MALDONADO RIVERA,
    a/k/a "Jean,"
    a/k/a "Joaquin,"
    a/k/a "Joaco,"

ANTONIO CAMACHO NEGRON,
    a/k/a "Roco,"

PAUL S. WEINBERG,
    a/k/a "Josh"

FILED

MAR 21    1 45 PM '86

U.S. DISTRICT COURT
NEW HAVEN, CONN.

S U P E R S E D I N G
I N D I C T M E N T

The Grand Jury charges:


COUNT ONE


1.  The individuals named and listed below are hereby
indicted by the Grand Jury and made defendants in this Count:

| | |
|---|---|
| VICTOR MANUEL GERENA, | a/k/a "Aguila" |
| FILIBERTO OJEDA RIOS, | a/k/a "Luis,"<br>a/k/a "Greco,"<br>a/k/a "El Viejo,"<br>a/k/a "Garcia,"<br>a/k/a "Carlos,"<br>a/k/a "Jose,"<br>a/k/a "Juvenal Concepcion,"<br>a/k/a "Pedro Almodovar,"<br>a/k/a "Julio Lopez" |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio,"<br>a/k/a "Romano,"<br>a/k/a "Lauro" |
| AVELINO GONZALEZ CLAUDIO, | a/k/a "Adan,"<br>a/k/a "Tino,"<br>a/k/a "Gil" |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior,"<br>a/k/a "Papo,"<br>a/k/a "Max,"<br>a/k/a "Ramon,"<br>a/k/a "Jose Perez Moreno,"<br>a/k/a "Ronald Princiotta" |
| JORGE A. FARINACCI GARCIA, | a/k/a "Roberto,"<br>a/k/a "Rafi" |
| NORBERTO GONZALEZ CLAUDIO, | a/k/a "Johnny,"<br>a/k/a "Noe" |

2.  On or about September 12, 1983, in the District of
Connecticut, the defendants listed in paragraph one of this
Count, aided and abetted by each other, by force and violence
and by intimidation, wilfully and unlawfully and with
felonious intent, did take from the person and presence of
another, the approximate sum of six million five hundred
thirty-nine thousand dollars ($6,539,000.00) in money,
belonging to and in the care, custody, control, management
and possession of the Bank of Boston, then known as the First
National Bank of Boston, a federally insured bank.

In violation of Title 18, United States Code,
Sections 2113(a) and 2.

<u>COUNT TWO</u>

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,            a/k/a "Aguila"

FILIBERTO OJEDA RIOS,            a/k/a "Luis,"
                                 a/k/a "Greco,"
                                 a/k/a "El Viejo,"
                                 a/k/a "Garcia,"
                                 a/k/a "Carlos,"
                                 a/k/a "Jose,"
                                 a/k/a "Juvenal Concepcion,"
                                 a/k/a "Pedro Almodovar,"
                                 a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,    a/k/a "Antonio,"
                                 a/k/a "Romano,"
                                 a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,        a/k/a "Adan,"
                                 a/k/a "Tino,"
                                 a/k/a "Gil"

JUAN E. SEGARRA III PALMER,      a/k/a "Junior,"
                                 a/k/a "Papo,"
                                 a/k/a "Max,"
                                 a/k/a "Ramon,"
                                 a/k/a "Jose Perez Moreno,"
                                 a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,       a/k/a "Roberto,"
                                 a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,       a/k/a "Johnny,"
                                 a/k/a "Noe"

2.  On or about September 12, 1983, in the District of Connecticut, the defendants listed in paragraph one of this Count, aided and abetted by each other, in committing the offense described in Count One of this indictment, that is, a violation of Title 18, United States Code, Sections 2113(a) and 2, did assault one James McKeon and one Timothy Girard, and did put in jeopardy the lives of James McKeon and Timothy Girard by use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, Sections 2113(d) and 2.

COUNT THREE

1.  The individuals named and listed below are hereby
indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,                a/k/a "Aguila"

FILIBERTO OJEDA RIOS,                a/k/a "Luis,"
                                     a/k/a "Greco,"
                                     a/k/a "El Viejo,"
                                     a/k/a "Garcia,"
                                     a/k/a "Carlos,"
                                     a/k/a "Jose,"
                                     a/k/a "Juvenal Concepcion,"
                                     a/k/a "Pedro Almodovar,"
                                     a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,  a/k/a "Antonio,"
                                     a/k/a "Romano,"
                                     a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,            a/k/a "Adan,"
                                     a/k/a "Tino,"
                                     a/k/a "Gil"

JUAN E. SEGARRA III PALMER,          a/k/a "Junior,"
                                     a/k/a "Papo,"
                                     a/k/a "Max,"
                                     a/k/a "Ramon,"
                                     a/k/a "Jose Perez Moreno,"
                                     a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,           a/k/a "Roberto,"
                                     a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,           a/k/a "Johnny,"
                                     a/k/a "Noe"

2.    On or about September 12, 1983, in the District of Connecticut, the defendants listed in paragraph one of this Count, aided and abetted by each other, by force and violence and by intimidation, wilfully and unlawfully and with felonious intent, did take from the person and presence of another, the approximate sum of three hundred five thousand dollars ($305,000.00) in money, belonging to and in the care, custody, control, management and possession of the Connecticut National Bank, a federally insured bank.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

- 10 -

## COUNT FOUR

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,   a/k/a "Aguila"

FILIBERTO OJEDA RIOS,    a/k/a "Luis,"
                a/k/a "Greco,"
                a/k/a "El Viejo,"
                a/k/a "Garcia,"
                a/k/a "Carlos,"
                a/k/a "Jose,"
                a/k/a "Juvenal Concepcion,"
                a/k/a "Pedro Almodovar,"
                a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE, a/k/a "Antonio,"
                a/k/a "Romano,"
                a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,  a/k/a "Adan,"
                a/k/a "Tino,"
                a/k/a "Gil"

JUAN E. SEGARRA III PALMER,  a/k/a "Junior,"
                a/k/a "Papo,"
                a/k/a "Max,"
                a/k/a "Ramon,"
                a/k/a "Jose Perez Moreno,"
                a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,  a/k/a "Roberto,"
                a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,  a/k/a "Johnny,"
                a/k/a "Noe"

2.  On or about September 12, 1983, in the District of Connecticut, the defendants listed in paragraph one of this Count, aided and abetted by each other, in committing the offense described in Count Three of this indictment, that is, a violation of Title 18, United States Code, Sections 2113(a) and 2, did assault one James McKeon and one Timothy Girard, and did put in jeopardy the lives of James McKeon and Timothy Girard by use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, Sections 2113(d) and 2.

## COUNT FIVE

    1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

| | |
|---|---|
| VICTOR MANUEL GERENA, | a/k/a "Aguila" |
| FILIBERTO OJEDA RIOS, | a/k/a "Luis," |
| | a/k/a "Greco," |
| | a/k/a "El Viejo," |
| | a/k/a "Garcia," |
| | a/k/a "Carlos," |
| | a/k/a "Jose," |
| | a/k/a "Juvenal Concepcion," |
| | a/k/a "Pedro Almodovar," |
| | a/k/a "Julio Lopez" |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio," |
| | a/k/a "Romano," |
| | a/k/a "Lauro" |
| AVELINO GONZALEZ CLAUDIO, | a/k/a "Adan," |
| | a/k/a "Tino," |
| | a/k/a "Gil" |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior," |
| | a/k/a "Papo," |
| | a/k/a "Max," |
| | a/k/a "Ramon," |
| | a/k/a "Jose Perez Moreno," |
| | a/k/a "Ronald Princiotta" |
| JORGE A. FARINACCI GARCIA, | a/k/a "Roberto," |
| | a/k/a "Rafi" |
| NORBERTO GONZALEZ CLAUDIO, | a/k/a "Johnny," |
| | a/k/a "Noe" |

2.  On or about September 12, 1983, in the District of
Connecticut, the defendants listed in paragraph one of this
Count, aided and abetted by each other, by force and violence
and by intimidation, wilfully and unlawfully and with
felonious intent, did take from the person and presence of
another, the approximate sum of seventeen thousand dollars
($17,000.00) in money, belonging to and in the care, custody,
control, management and possession of the New England Savings
Bank, a federally insured bank.

In violation of Title 18, United States Code,
Sections 2113(a) and 2.

## COUNT SIX

1. The individuals named and listed below are hereby
indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,         a/k/a "Aguila"

FILIBERTO OJEDA RIOS,          a/k/a "Luis,"
                                    a/k/a "Greco,"
                                    a/k/a "El Viejo,"
                                    a/k/a "Garcia,"
                                    a/k/a "Carlos,"
                                    a/k/a "Jose,"
                                    a/k/a "Juvenal Concepcion,"
                                    a/k/a "Pedro Almodovar,"
                                    a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,  a/k/a "Antonio,"
                                    a/k/a "Romano,"
                                    a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,     a/k/a "Adan,"
                                    a/k/a "Tino,"
                                    a/k/a "Gil"

JUAN E. SEGARRA III PALMER,   a/k/a "Junior,"
                                    a/k/a "Papo,"
                                    a/k/a "Max,"
                                    a/k/a "Ramon,"
                                    a/k/a "Jose Perez Moreno,"
                                    a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,    a/k/a "Roberto,"
                                    a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,    a/k/a "Johnny,"
                                    a/k/a "Noe"

2.   On or about September 12, 1983, in the District of Connecticut, the defendants listed in paragraph one of this Count, aided and abetted by each other, in committing the offense described in Count Five of this indictment, that is, a violation of Title 18, United States Code, Sections 2113(a) and 2, did assault one James McKeon and one Timothy Girard, and did put in jeopardy the lives of James McKeon and Timothy Girard by use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, Sections 2113(d) and 2.

COUNT SEVEN

1. The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

| | |
|---|---|
| VICTOR MANUEL GERENA, | a/k/a "Aguila" |
| FILIBERTO OJEDA RIOS, | a/k/a "Luis,"<br>a/k/a "Greco,"<br>a/k/a "El Viejo,"<br>a/k/a "Garcia,"<br>a/k/a "Carlos,"<br>a/k/a "Jose,"<br>a/k/a "Juvenal Concepcion,"<br>a/k/a "Pedro Almodovar,"<br>a/k/a "Julio Lopez" |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio,"<br>a/k/a "Romano,"<br>a/k/a "Lauro" |
| AVELINO GONZALEZ CLAUDIO, | a/k/a "Adan,"<br>a/k/a "Tino,"<br>a/k/a "Gil" |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior,"<br>a/k/a "Papo,"<br>a/k/a "Max,"<br>a/k/a "Ramon,"<br>a/k/a "Jose Perez Moreno,"<br>a/k/a "Ronald Princiotta" |
| JORGE A. FARINACCI GARCIA, | a/k/a "Roberto,"<br>a/k/a "Rafi" |
| NORBERTO GONZALEZ CLAUDIO, | a/k/a "Johnny,"<br>a/k/a "Noe" |

2.  On or about September 12, 1983, in the District of Connecticut, the defendants listed in paragraph one of this Count, aided and abetted by each other, by force and violence and by intimidation, wilfully and unlawfully and with felonious intent, did take from the person and presence of another, the approximate sum of ninety-five thousand five hundred twenty dollars ($95,520.00) in money, belonging to and in the care, custody, control, management and possession of the Connecticut Bank and Trust, a federally insured bank.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT EIGHT

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,            a/k/a "Aguila"

FILIBERTO OJEDA RIOS,            a/k/a "Luis,"
                                 a/k/a "Greco,"
                                 a/k/a "El Viejo,"
                                 a/k/a "Garcia,"
                                 a/k/a "Carlos,"
                                 a/k/a "Jose,"
                                 a/k/a "Juvenal Concepcion,"
                                 a/k/a "Pedro Almodovar,"
                                 a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,    a/k/a "Antonio,"
                                 a/k/a "Romano,"
                                 a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,        a/k/a "Adan,"
                                 a/k/a "Tino,"
                                 a/k/a "Gil"

JUAN E. SEGARRA III PALMER,      a/k/a "Junior,"
                                 a/k/a "Papo,"
                                 a/k/a "Max,"
                                 a/k/a "Ramon,"
                                 a/k/a "Jose Perez Moreno,"
                                 a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,       a/k/a "Roberto,"
                                 a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,       a/k/a "Johnny,"
                                 a/k/a "Noe"

2. On or about September 12, 1983, in the District of Connecticut, the defendants listed in paragraph one of this Count, aided and abetted by each other, in committing the offense described in Count Seven of this indictment, that is, a violation of Title 18, United States Code, Sections 2113(a) and 2, did assault one James McKeon and one Timothy Girard, and did put in jeopardy the lives of James McKeon and Timothy Girard by use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, Sections 2113(d) and 2.

## COUNT NINE

1. The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,             a/k/a "Aguila"

FILIBERTO OJEDA RIOS,             a/k/a "Luis,"
                                  a/k/a "Greco,"
                                  a/k/a "El Viejo,"
                                  a/k/a "Garcia,"
                                  a/k/a "Carlos,"
                                  a/k/a "Jose,"
                                  a/k/a "Juvenal Concepcion,"
                                  a/k/a "Pedro Almodovar,"
                                  a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,     a/k/a "Antonio,"
                                  a/k/a "Romano,"
                                  a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,         a/k/a "Adan,"
                                  a/k/a "Tino,"
                                  a/k/a "Gil"

JUAN E. SEGARRA III PALMER,       a/k/a "Junior,"
                                  a/k/a "Papo,"
                                  a/k/a "Max,"
                                  a/k/a "Ramon,"
                                  a/k/a "Jose Perez Moreno,"
                                  a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,        a/k/a "Roberto,"
                                  a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,        a/k/a "Johnny,"
                                  a/k/a "Noe"

2.  On or about September 12, 1983, in the District of Connecticut, the defendants listed in paragraph one of this Count, aided and abetted by each other, wilfully and knowingly, and with intent to convert to their own use, did steal, take and carry away from the Wells Fargo Armored Service Corporation, 21 Culbro Drive, West Hartford, Connecticut, Federal Reserve Notes of a value of four million nine hundred seventy thousand dollars ($4,970,000.00), which Federal Reserve Notes were moving as, were part of and constituted an interstate shipment of freight, express and other property from Springfield, Massachusetts, to Bridgeport, Connecticut.

In violation of Title 18, United States Code, Sections 659 and 2.

## COUNT TEN

1. The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

| | |
|---|---|
| VICTOR MANUEL GERENA, | a/k/a "Aguila" |
| FILIBERTO OJEDA RIOS, | a/k/a "Luis,"<br>a/k/a "Greco,"<br>a/k/a "El Viejo,"<br>a/k/a "Garcia,"<br>a/k/a "Carlos,"<br>a/k/a "Jose,"<br>a/k/a "Juvenal Concepcion,"<br>a/k/a "Pedro Almodovar,"<br>a/k/a "Julio Lopez" |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio,"<br>a/k/a "Romano,"<br>a/k/a "Lauro" |
| AVELINO GONZALEZ CLAUDIO, | a/k/a "Adan,"<br>a/k/a "Tino,"<br>a/k/a "Gil" |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior,"<br>a/k/a "Papo,"<br>a/k/a "Max,"<br>a/k/a "Ramon,"<br>a/k/a "Jose Perez Moreno,"<br>a/k/a "Ronald Princiotta" |
| JORGE A. FARINACCI GARCIA, | a/k/a "Roberto,"<br>a/k/a "Rafi" |
| NORBERTO GONZALEZ CLAUDIO, | a/k/a "Johnny,"<br>a/k/a "Noe" |

- 23 -

2.  On or about September 12, 1983, in the District of Connecticut, the defendants listed in paragraph one of this Count, aided and abetted by each other, with unlawful and fraudulent intent, did knowingly and wilfully transport in interstate commerce from the State and District of Connecticut to the Commonwealth and District of Massachusetts, money of a value in excess of $5,000, and the defendants then knew said money to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT ELEVEN

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,             a/k/a "Aguila,"

FILIBERTO OJEDA RIOS,             a/k/a "Luis,"
                                  a/k/a "Greco,"
                                  a/k/a "El Viejo,"
                                  a/k/a "Garcia,"
                                  a/k/a "Carlos,"
                                  a/k/a "Jose,"
                                  a/k/a "Juvenal Concepcion,"
                                  a/k/a "Pedro Almodovar,"
                                  a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,     a/k/a "Antonio,"
                                  a/k/a "Romano,"
                                  a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,         a/k/a "Adan,"
                                  a/k/a "Tino,"
                                  a/k/a "Gil"

JUAN E. SEGARRA III PALMER,       a/k/a "Junior,"
                                  a/k/a "Papo,"
                                  a/k/a "Max,"
                                  a/k/a "Ramon,"
                                  a/k/a "Jose Perez Moreno,"
                                  a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,        a/k/a "Roberto,"
                                  a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,        a/k/a "Johnny,"
                                  a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO,         a/k/a "Jumbo,"
                                  a/k/a "Gallego,"
                                  a/k/a "Faco,"
                                  a/k/a "Boris,
                                  a/k/a "Luis Goitia"

2.  Between about September 12, 1983 and about September 27, 1983, the exact date being unknown to the Grand Jury, the defendants listed in paragraph one of this Count, aided and abetted by each other, with unlawful and fraudulent intent, did knowingly and wilfully transport in foreign commerce from the State and District of Connecticut to Mexico, money of a value in excess of $5,000, and the defendants then knew said money to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT TWELVE

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

FILIBERTO OJEDA RIOS, a/k/a "Luis,"
          a/k/a "Greco,"
          a/k/a "El Viejo,"
          a/k/a "Garcia,"
          a/k/a "Carlos,"
          a/k/a "Jose,"
          a/k/a "Juvenal Concepcion,"
          a/k/a "Pedro Almodovar,"
          a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE, a/k/a "Antonio,"
          a/k/a "Romano,"
          a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO, a/k/a "Adan,"
          a/k/a "Tino,"
          a/k/a "Gil,"

JUAN E. SEGARRA III PALMER, a/k/a "Junior,"
          a/k/a "Papo,"
          a/k/a "Max,"
          a/k/a "Ramon,"
          a/k/a "Jose Perez Moreno,"
          a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA, a/k/a "Roberto,"
          a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO, a/k/a "Johnny,"
          a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO, a/k/a "Jumbo,"
          a/k/a "Gallego,"
          a/k/a "Paco,"
          a/k/a "Boris"
          a/k/a "Luis Goitia"

ELIAS S. CASTRO RAMOS,       a/k/a "Martin,"
                                     a/k/a "Urbano

ISAAC CAMACHO NEGRON,        a/k/a "Frank"

IVONNE MELENDEZ CARRION,     a/k/a "Falcon,"
                                     a/k/a "Julie"

2. Between about September 12, 1983 and about March 27, 1984, the defendants listed in paragraph one of this Count, aided and abetted by each other, with unlawful and fraudulent intent, did knowingly and wilfully transport in foreign commerce from the State and District of Connecticut to Mexico, money of a value in excess of $5,000, and the defendants then knew said money to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT THIRTEEN

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

FILIBERTO OJEDA RIOS,  a/k/a "Luis,"
           a/k/a "Greco,"
           a/k/a "El Viejo,"
           a/k/a "Garcia,"
           a/k/a "Carlos,"
           a/k/a "Jose,"
           a/k/a "Juvenal Concepcion,"
           a/k/a "Pedro Almodovar,"
           a/k/a "Julio Lopez,"

JUAN E. SEGARRA III PALMER, a/k/a "Junior,"
           a/k/a "Papo,"
           a/k/a "Max,"
           a/k/a "Ramon,"
           a/k/a "Jose Perez-Moreno,"
           a/k/a "Ronald Princiotta"

ORLANDO GONZALEZ CLAUDIO, a/k/a "Jumbo,"
           a/k/a "Gallego,"
           a/k/a "Faco,"
           a/k/a "Boris,"
           a/k/a "Luis Goitia"

ROBERTO J. MALDONADO RIVERA, a/k/a "Jean,"
           a/k/a "Joaquin,"
           a/k/a "Joaco"

ANTONIO CAMACHO NEGRON, a/k/a "Roco"

PAUL S. WEINBERG,   a/k/a "Josh"

2.  Between about September 12, 1983 and September 23, 1984, the defendants named in paragraph one of this count aided and abetted by each other, with unlawful and fraudulent intent, did knowingly and wilfully transport in foreign commerce from the State and District of Connecticut to Mexico, money of a value in excess of $5,000, and the defendants then knew said money to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

COUNT FOURTEEN

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,           a/k/a "Aguila,"

FILIBERTO OJEDA RIOS,           a/k/a "Luis,"
                                a/k/a "Greco,"
                                a/k/a "El Viejo,"
                                a/k/a "Garcia,"
                                a/k/a "Carlos,"
                                a/k/a "Jose,"
                                a/k/a "Juvenal Concepcion,"
                                a/k/a "Pedro Almodovar,"
                                a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,   a/k/a "Antonio,"
                                a/k/a "Romano,"
                                a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,       a/k/a "Adan,"
                                a/k/a "Tino,"
                                a/k/a "Gil"

JUAN E. SEGARRA III PALMER,     a/k/a "Junior,"
                                a/k/a "Papo,"
                                a/k/a "Max,"
                                a/k/a "Ramon,"
                                a/k/a "Jose Perez Moreno,"
                                a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,      a/k/a "Roberto,"
                                a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,      a/k/a "Johnny,"
                                a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO,       a/k/a "Jumbo,"
                                a/k/a "Gallego,"
                                a/k/a "Faco,"
                                a/k/a "Boris,
                                a/k/a "Luis Goitia"

ELIAS S. CASTRO RAMOS,       a/k/a "Martin,"
                                     a/k/a "Urbano"

LUZ M. BERRIOS BERRIOS,      a/k/a "Yayi,"
                                     a/k/a "Mima,"
                                     a/k/a "Lucy Segarra"

ISAAC CAMACHO NEGRON,        a/k/a "Frank"

IVONNE MELENDEZ CARRION,     a/k/a "Falcon,"
                                     a/k/a "Julie"

ANGEL DIAZ RUIZ,             a/k/a "Milo,"
                                     a/k/a "Jerry"

NORMAN RAMIREZ TALAVERA,     a/k/a "Pedro,"
                                     a/k/a "Jose Rodriguez,"
                                     a/k/a "Luis Rodriguez,"
                                     a/k/a "Rafael Lopez"

CARLOS M. AYES SUAREZ,       a/k/a "Pio,"
                                     a/k/a "Juan Perez,"
                                     a/k/a "Juan Rivera"

LUIS A. COLON OSORIO,        a/k/a "Manuel,"
                                     a/k/a "Rafa,"
                                     a/k/a "Rafi,"
                                     a/k/a "Hector,"
                                     a/k/a "Andres Leon Pagan"

ROBERTO J. MALDONADO RIVERA,  a/k/a "Jean,"
                                     a/k/a "Joaquin,"
                                   a/k/a "Joaco"

ANTONIO CAMACHO NEGRON,      a/k/a "Roco"

PAUL S. WEINBERG,           a/k/a "Josh"

    2. Anne L. Gassin, a/k/a "Teresa," is named as a co-conspirator but is not named as a defendant in this indictment.

3.  Between on or about March 19, 1983 and August 30, 1985, the defendants listed and named in paragraph one of this Count, except for PAUL S. WEINBERG, a/k/a "Josh," were members of a group which called itself the "Macheteros," which funded its operations and activities, in part, through economic expropriations including robbery.

4.  Commencing on or about March 19, 1983, the exact date the conspiracy began being unknown to the Grand Jury, and continuously thereafter up and until August 30, 1985, in the District of Connecticut and elsewhere, the defendants listed in paragraph one of this Count, and unindicted co-conspirator Anne L. Gassin unlawfully, wilfully and knowingly combined, conspired, confederated and agreed together and with each other, and with other persons to the Grand Jury known and unknown, to obstruct, delay and affect commerce, as that term is defined in and by Section 1951 of Title 18, United States Code, by robbery, as that term is defined in and by Section 1951 of Title 18, United States Code.

5.  It was part of the conspiracy that the defendants:

VICTOR MANUEL GERENA,           a/k/a "Aguila"

FILIBERTO OJEDA RIOS,           a/k/a "Luis,"
                                a/k/a "Greco,"
                                a/k/a "El Viejo,"
                                a/k/a "Garcia,"
                                a/k/a "Carlos,"
                                a/k/a "Jose,"
                                a/k/a "Juvenal Concepcion,"
                                a/k/a "Pedro Almodovar,"
                                a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,    a/k/a "Antonio,"
                                 a/k/a "Romano,"
                                 a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,        a/k/a "Adan,"
                                 a/k/a "Tino,"
                                 a/k/a "Gil"

JUAN E. SEGARRA III PALMER,      a/k/a "Junior,"
                                 a/k/a "Papo,"
                                 a/k/a "Max,"
                                 a/k/a "Ramon,"
                                 a/k/a "Jose Perez Moreno,"
                                 a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,       a/k/a "Roberto,"
                                 a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,       a/k/a "Johnny,"
                                 a/k/a "Noe"

would and did devise and approve a plan whereby VICTOR MANUEL
GERENA, a/k/a "Aguila," a guard for the Wells Fargo Armored
Service Corporation, would rob the Wells Fargo Armored
Service Corporation, 21 Culbro Drive, West Hartford,
Connecticut, to obtain money for the organization known as
the "Macheteros" and its members to be used to fund its
operations.

6. It was a further part of the conspiracy that the
members of the "Macheteros" would and did refer to the
defendant VICTOR MANUEL GERENA by the code name "Aguila," and
to the plans to rob the Wells Fargo Armored Service

Corporation, 21 Culbro Drive, West Hartford, Connecticut, the robbery itself, and the distribution and use of the proceeds of the robbery by the code "AB" and "Aguila Blanca" in an attempt to avoid and escape detection by law enforcement authorities.

7. It was a further part of the conspiracy that the members of the "Macheteros" would and did communicate with each other and act in a clandestine manner and would and did use other code names and aliases to conceal their true identities, operations and activities, and to conceal the identities and activities of others who provided them with aid and assistance.

8. It was further part of the conspiracy that on September 12, 1983, the defendant, VICTOR MANUEL GERENA, a/k/a "Aguila," aided and abetted by:

| FILIBERTO OJEDA RIOS, | a/k/a "Luis," |
| | a/k/a "Greco," |
| | a/k/a "El Viejo," |
| | a/k/a "Garcia," |
| | a/k/a "Carlos," |
| | a/k/a "Jose," |
| | a/k/a "Juvenal Concepcion," |
| | a/k/a "Pedro Almodovar," |
| | a/k/a "Julio Lopez" |
| | |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio," |
| | a/k/a "Romano, |
| | a/k/a "Lauro" |

AVELINO GONZALEZ CLAUDIO,  a/k/a "Adan,"
              a/k/a "Tino,"
              a/k/a "Gil"

JUAN E. SEGARRA III PALMER,  a/k/a "Junior,"
              a/k/a "Papo,"
              a/k/a "Max,"
              a/k/a "Ramon,"
              a/k/a "Jose Perez Moreno,"
              a/k/a "Ronald Princiotta"
JORGE A. FARINACCI GARCIA,  a/k/a "Roberto,"
              a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,  a/k/a "Johnny,"
              a/k/a "Noe"

would and did rob the Wells Fargo Armored Service Corporation, 21 Culbro Drive, West Hartford, Connecticut.

  9.  It was a further part of the conspiracy that between September 12 and September 27, 1983, the defendants:

FILIBERTO OJEDA RIOS,  a/k/a "Luis,"
              a/k/a "Greco,"
              a/k/a "El Viejo,"
              a/k/a "Garcia,"
              a/k/a "Carlos,"
              a/k/a "Jose,"
              a/k/a "Juvenal Concepcion,"
              a/k/a "Pedro Almodovar,"
              a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE, a/k/a "Antonio,"
              a/k/a "Romano,"
              a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,  a/k/a "Adan,"
              a/k/a "Tino,"
              a/k/a "Gil"

JUAN E. SEGARRA III PALMER,  a/k/a "Junior,"
              a/k/a "Papo,"
              a/k/a "Max,"
              a/k/a "Ramon,"
              a/k/a "Jose Perez Moreno,"
              a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,          a/k/a "Roberto,"
                                    a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,          a/k/a "Johnny,"
                                    a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO,           a/k/a "Jumbo,"
                                    a/k/a "Gallego,"
                                    a/k/a "Faco,"
                                    a/k/a "Boris,"
                                    a/k/a "Luis Goitia"

would and did transport the defendant VICTOR MANUEL GERENA,
a/k/a "Aguila," and a portion of the stolen Wells Fargo money
from West Hartford, Connecticut to Mexico.

     10.   It was a further part of the conspiracy that
on or about September 27, 1983, the exact date being unknown
to the Grand Jury, that the defendants:

FILIBERTO OJEDA RIOS,               a/k/a "Luis,"
                                    a/k/a "Greco,"
                                    a/k/a "El Viejo,"
                                    a/k/a "Garcia,"
                                    a/k/a "Carlos,"
                                    a/k/a "Jose,"
                                    a/k/a "Juvenal Concepcion,"
                                    a/k/a "Pedro Almodovar,"
                                    a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,       a/k/a "Antonio,"
                                    a/k/a "Romano,"
                                    a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,           a/k/a "Adan,"
                                    a/k/a "Tino,"
                                    a/k/a "Gil"

JUAN E. SEGARRA III PALMER,         a/k/a "Junior,"
                                    a/k/a "Papo,"
                                    a/k/a "Max,"
                                    a/k/a "Ramon,"
                                    a/k/a "Jose Perez Moreno,"
                                    a/k/a "Ronald Princiotta"

```
JORGE A. FARINACCI GARCIA,        a/k/a "Roberto,"
                                  a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,        a/k/a "Johnny,"
                                  a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO,         a/k/a "Jumbo,"
                                  a/k/a "Gallego,"
                                  a/k/a "Faco,"
                                  a/k/a "Boris,"
                                  a/k/a "Luis Goitia"
```

would and did transport and would and did cause to be transported the defendant VICTOR MANUEL GERENA, a/k/a "Aguila," from Mexico to Cuba.

11.  It was further part of the conspiracy that on or about March 27, 1984, the defendants:

```
FILIBERTO OJEDA RIOS,             a/k/a "El Viejo,"
                                  a/k/a "Garcia,"
                                  a/k/a "Carlos,"
                                  a/k/a "Jose,"
                                  a/k/a "Juvenal Concepcion,"
                                  a/k/a "Pedro Almodovar,"
                                  a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,     a/k/a "Antonio,"
                                  a/k/a "Romano,"
                                  a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,         a/k/a "Adan,"
                                  a/k/a "Tino,"
                                  a/k/a "Gil"

JUAN E. SEGARRA III PALMER,       a/k/a "Junior"
                                  a/k/a "Papo,"
                                  a/k/a "Max,"
                                  a/k/a "Ramon,"
                                  a/k/a "Jose Perez Moreno,"
                                  a/k/a "Ronald Princiotta"
```

JORGE A. FARINACCI GARCIA,          a/k/a "Roberto,"
                                     a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,          a/k/a "Johnny,"
                                     a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO,           a/k/a "Jumbo,"
                                     a/k/a "Gallego,"
                                     a/k/a "Faco,"
                                     a/k/a "Boris,"
                                     a/k/a "Luis Goitia"

ELIAS S. CASTRO RAMOS,              a/k/a "Martin,"
                                     a/k/a "Urbano"

ISAAC CAMACHO NEGRON,               a/k/a "Frank"

IVONNE MELENDEZ CARRION,            a/k/a "Falcon,"
                                     a/k/a "Julie"


would and did transport and cause to be transported a
quantity of stolen Wells Fargo money into Mexico.

     12.   It was a further part of the conspiracy that on or
about September 23, 1984, the defendants:

FILIBERTO OJEDA RIOS,               a/k/a "Luis,"
                                     a/k/a "Greco,"
                                     a/k/a "El Viejo,"
                                     a/k/a "Garcia,"
                                     a/k/a "Carlos,"
                                     a/k/a "Jose,"
                                     a/k/a "Juvenal Concepcion,"
                                     a/k/a "Pedro Almodovar,"
                                     a/k/a "Julio Lopez"

JUAN E. SEGARRA III PALMER,         a/k/a "Junior"
                                     a/k/a "Papo,"
                                     a/k/a "Max,"
                                     a/k/a "Ramon,"
                                     a/k/a "Jose Perez Moreno,"
                                     a/k/a "Ronald Princiotta"

ROBERTO J. MALDONADO RIVERA,      a/k/a "Jean,"
                                  a/k/a "Joaquin,"
                                  a/k/a "Joaco"

ANTONIO CAMACHO NEGRON,           a/k/a "Roco"

PAUL S. WEINBERG,                 a/k/a "Josh"

would and did transport and cause to be transported a
quantity of the stolen Wells Fargo money into Mexico.

13.     It was a further part of the conspiracy that
between September 27, 1983 and September 30, 1984, on exact
dates being unknown to the Grand Jury, the defendants:

FILIBERTO OJEDA RIOS,             a/k/a "Luis,"
                                  a/k/a "Greco,"
                                  a/k/a "El Viejo,"
                                  a/k/a "Garcia,"
                                  a/k/a "Carlos,"
                                  a/k/a "Jose,"
                                  a/k/a "Juvenal Concepcion,"
                                  a/k/a "Pedro Almodovar,"
                                  a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,     a/k/a "Antonio,"
                                  a/k/a "Romano,"
                                  a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,         a/k/a "Adan,"
                                  a/k/a "Tino,"
                                  a/k/a "Gil"

JUAN E. SEGARRA III PALMER,       a/k/a "Junior,"
                                  a/k/a "Papo,"
                                  a/k/a "Max,"
                                  a/k/a "Ramon,"
                                  a/k/a "Jose Perez Moreno,"
                                  a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,        a/k/a "Roberto,"
                                  a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,        a/k/a "Johnny,"
                                  a/k/a "Noe"

would and did transport and place and cause to be
transported and placed portions of the money stolen during
the September 12, 1983 robbery of the Wells Fargo Armored
Service Corporation, the exact amounts being unknown to the
Grand Jury, into the custody of Cubans, known by the code
name "Los Juanos."

14. It was a further part of the conspiracy that on or
about January 6, 1985, the defendants:

| | |
|---|---|
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior" |
| | a/k/a "Papo," |
| | a/k/a "Max," |
| | a/k/a "Ramon," |
| | a/k/a "Jose Perez Moreno," |
| | a/k/a "Ronald Princiotta" |
| LUIS A. COLON OSORIO, | a/k/a "Manuel," |
| | a/k/a "Rafa," |
| | a/k/a "Rafi" |
| ISAAC CAMACHO NEGRON, | a/k/a "Frank" |

would and did participate in a gift giveaway in Puerto Rico
using stolen Wells Fargo money.

15. It was a further part of the conspiracy that on
or about January 6, 1985, the defendants:

| | |
|---|---|
| CARLOS M. AYES SUAREZ, | a/k/a "Pio," |
| | a/k/a "Juan Perez," |
| | a/k/a "Juan Rivera" |

- 41 -

NORMAN RAMIREZ TALAVERA,       a/k/a "Pedro,"
a/k/a "Jose Rodriguez,"
a/k/a "Luis Rodriguez,
a/k/a "Rafael Lopez"

would and did travel from Puerto Rico to Connecticut for the purpose of and where they participated in a gift giveaway using stolen Wells Fargo money.

16.  It was a further part of the conspiracy that prior to executing the robbery of the Wells Fargo Armored Service Corporation the defendants:

VICTOR MANUEL GERENA,       a/k/a "Aguila"

FILIBERTO OJEDA RIOS,       a/k/a "Luis,"
a/k/a "Greco,"
a/k/a "El Viejo,"
a/k/a "Garcia,"
a/k/a "Carlos,"
a/k/a "Jose,"
a/k/a "Juvenal Concepcion,"
a/k/a "Pedro Almodovar,"
a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,   a/k/a "Antonio,"
a/k/a "Romano,"
a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,      a/k/a "Adan,"
a/k/a "Tino,"
a/k/a "Gil"

JUAN E. SEGARRA III PALMER,    a/k/a "Junior,"
a/k/a "Papo,"
a/k/a "Max,"
a/k/a "Ramon,"
a/k/a "Jose Perez Moreno,"
a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,     a/k/a "Roberto,"
a/k/a "Rafi"

- 42 -

NORBERTO GONZALEZ CLAUDIO,     a/k/a "Johnny,"
                               a/k/a "Noe"


would and did discuss, analyze and review the plan to commit

the robbery to attempt to insure its success.

17.  It was a further part of the conspiracy that after

the robbery, up to and including the date of August 30, 1985,

the defendants:

FILIBERTO OJEDA RIOS,          a/k/a "Luis,"
                               a/k/a "Greco,"
                               a/k/a "El Viejo,"
                               a/k/a "Garcia,"
                               a/k/a "Carlos,"
                               a/k/a "Jose,"
                               a/k/a "Juvenal Concepcion,"
                               a/k/a "Pedro Almodovar,"
                               a/k/a "Julio Lopez"


HILTON E. FERNANDEZ DIAMANTE,  a/k/a "Antonio,"
                               a/k/a "Romano,"
                               a/k/a "Lauro"


AVELINO GONZALEZ CLAUDIO,      a/k/a "Adan,"
                               a/k/a "Tino,"
                               a/k/a "Gil"


JUAN E. SEGARRA III PALMER,    a/k/a "Junior,"
                               a/k/a "Papo,"
                               a/k/a "Max,"
                               a/k/a "Ramon,"
                               a/k/a "Jose Perez Moreno,"
                               a/k/a "Ronald Princiotta"


JORGE A. FARINACCI GARCIA,     a/k/a "Roberto,"
                               a/k/a "Rafi"


NORBERTO GONZALEZ CLAUDIO,     a/k/a "Johnny,"
                               a/k/a "Noe"


ELIAS S. CASTRO RAMOS,         a/k/a "Martin,"
                               a/k/a "Urbano"

and other co-conspirators known and unknown to the Grand Jury would and did discuss, analyze and review the continuing operation known as "AB" and "Aguila Blanca" to insure that the plans to safeguard, use and distribute the money obtained from the Wells Fargo robbery were executed.

All in violation of Title 18, United States Code, Section 1951.

## COUNT FIFTEEN

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

VICTOR MANUEL GERENA,        a/k/a "Aguila,"

FILIBERTO OJEDA RIOS,       a/k/a "Luis,"
                                  a/k/a "Greco,"
                                  a/k/a "El Viejo,"
                                  a/k/a "Garcia,"
                                  a/k/a "Carlos,"
                                  a/k/a "Jose,"
                                  a/k/a "Juvenal Concepcion,"
                                  a/k/a "Pedro Almodovar,"
                                  a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,  a/k/a "Antonio,"
                                  a/k/a "Romano,"
                                  a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,     a/k/a "Adan,"
                                  a/k/a "Tino,"
                                  a/k/a "Gil"

JUAN E. SEGARRA III PALMER,   a/k/a "Junior,"
                                  a/k/a "Papo,"
                                  a/k/a "Max,"
                                  a/k/a "Ramon,"
                                  a/k/a "Jose Perez Moreno,"
                                  a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,    a/k/a "Roberto,"
                                  a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,    a/k/a "Johnny,"
                                  a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO,     a/k/a "Jumbo,"
                                  a/k/a "Gallego,"
                                  a/k/a "Paco,"
                                  a/k/a "Boris,"
                                  a/k/a "Luis Goitia"

ELIAS S. CASTRO RAMOS,           a/k/a "Martin,"
                                 a/k/a "Urbano"

LUZ M. BERRIOS BERRIOS,          a/k/a "Yayi,"
                                 a/k/a "Mima,"
                                 a/k/a "Lucy Segarra"

ISAAC CAMACHO NEGRON,            a/k/a "Frank"

IVONNE MELENDEZ CARRION,         a/k/a "Falcon,"
                                 a/k/a "Julie"

ANGEL DIAZ RUIZ,                 a/k/a "Milo,"
                                 a/k/a "Jerry"

NORMAN RAMIREZ TALAVERA,         a/k/a "Pedro"
                                 a/k/a "Jose Rodriguez"
                                 a/k/a "Luis Rodriguez"
                                 a/k/a "Rafael Lopez"

CARLOS M. AYES SUAREZ,           a/k/a "Pio,"
                                 a/k/a "Juan Perez,"
                                 a/k/a "Juan Rivera"

LUIS A. COLON OSORIO,            a/k/a "Manuel,"
                                 a/k/a "Rafa,"
                                 a/k/a "Rafi,"
                                 a/k/a "Hector,"
                                 a/k/a "Andres Leon Pagan"

ROBERTO J. MALDONADO RIVERA,     a/k/a "Jean,"
                                 a/k/a "Joaquin,"
                                 a/k/a "Joaco"

ANTONIO CAMACHO NEGRON,          a/k/a "Roco"

PAUL S. WEINBERG,                a/k/a "Josh"


    2.  Between on or about March 19, 1983 and August 30,
1985, the defendants listed and named in paragraph one of

this Count, except for PAUL S. WEINGERG, a/k/a "Josh," were members of a group which called itself the "Macheteros."

3.  Anne L. Gassin, a/k/a "Teresa," is named as a person who aided and abetted this offense but is not named as a defendant in this Count.

4.  From on or about March 19, 1983 and continuously thereafter, up to and including August 30, 1985, in the District of Connecticut and elsewhere:

| | |
|---|---|
| VICTOR MANUEL GERENA, | a/k/a "Aguila," |
| FILIBERTO OJEDA RIOS, | a/k/a "Luis," |
| | a/k/a "Greco," |
| | a/k/a "El Viejo," |
| | a/k/a "Garcia," |
| | a/k/a "Carlos," |
| | a/k/a "Jose," |
| | a/k/a "Juvenal Concepcion," |
| | a/k/a "Pedro Almodovar," |
| | a/k/a "Julio Lopez" |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio," |
| | a/k/a "Romano," |
| | a/k/a "Lauro" |
| AVELINO GONZALEZ CLAUDIO, | a/k/a "Adan," |
| | a/k/a "Tino," |
| | a/k/a "Gil" |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior," |
| | a/k/a "Papo," |
| | a/k/a "Max," |
| | a/k/a "Ramon," |
| | a/k/a "Jose Perez Moreno," |
| | a/k/a "Ronald Princiotta" |
| JORGE A. FARINACCI GARCIA, | a/k/a "Roberto," |
| | a/k/a "Rafi" |

NORBERTO GONZALEZ CLAUDIO, a/k/a "Johnny,"
 a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO, a/k/a "Jumbo,"
 a/k/a "Gallego,"
 a/k/a "Faco,"
 a/k/a "Boris,"
 a/k/a "Luis Goitia"

ELIAS S. CASTRO RAMOS, a/k/a "Martin,"
 a/k/a "Urbano"

LUZ M. BERRIOS BERRIOS, a/k/a "Yayi,"
 a/k/a "Mima,"
 a/k/a "Lucy Segarra"

ISAAC CAMACHO NEGRON, a/k/a "Frank"

IVONNE MELENDEZ CARRION, a/k/a "Falcon,"
 a/k/a "Julie"

ANGEL DIAZ RUIZ, a/k/a "Milo,"
 a/k/a "Jerry"

NORMAN RAMIREZ TALAVERA, a/k/a "Pedro"
 a/k/a "Jose Rodriguez,"
 a/k/a "Luis Rodriguez,"
 a/k/a "Rafael Lopez"

CARLOS M. AYES SUAREZ, a/k/a "Pio,"
 a/k/a "Juan Perez,"
 a/k/a "Juan Rivera"

LUIS A. COLON OSORIO, a/k/a "Manuel,"
 a/k/a "Rafa,"
 a/k/a "Rafi,"
 a/k/a "Hector,"
 a/k/a "Andres Leon Pagan"

ROBERTO J. MALDONADO RIVERA, a/k/a "Jean,"
 a/k/a "Joaquin,"
 a/k/a "Joaco"

ANTONIO CAMACHO NEGRON, a/k/a "Roco"

PAUL S. WEINBERG, a/k/a "Josh"

aided and abetted by Anne L. Gassin, a/k/a "Teresa," and by each other, and by others to the Grand Jury known and unknown, unlawfully, knowingly and wilfully did obstruct, delay, and affect commerce as that term is defined in and by Section 1951 of Title 18, United States Code, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in and by Section 1951 of Title 18, United States Code, that is to say, by obtaining Federal Reserve Notes in the amount of seven million seven thousand one hundred fifty-one dollars and ninety-eight cents ($7,007,151.98) by robbery from the Wells Fargo Armored Service Corporation at West Hartford, Connecticut.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT SIXTEEN

1.  The individuals named and listed below are hereby indicted by the Grand Jury and made defendants in this Count:

| | |
|---|---|
| VICTOR MANUEL GERENA, | a/k/a "Aguila," |
| FILIBERTO OJEDA RIOS, | a/k/a "Luis,"<br>a/k/a "Greco,"<br>a/k/a "El Viejo,"<br>a/k/a "Garcia,"<br>a/k/a "Carlos,"<br>a/k/a "Jose,"<br>a/k/a "Juvenal Concepcion,"<br>a/k/a "Pedro Almodovar,"<br>a/k/a "Julio Lopez" |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio,"<br>a/k/a "Romano,"<br>a/k/a "Lauro" |
| AVELINO GONZALEZ CLAUDIO, | a/k/a "Adan,"<br>a/k/a "Tino,"<br>a/k/a "Gil" |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior,"<br>a/k/a "Papo,"<br>a/k/a "Max,"<br>a/k/a "Ramon,"<br>a/k/a "Jose Perez Moreno,"<br>a/k/a "Ronald Princiotta" |
| JORGE A. FARINACCI GARCIA, | a/k/a "Roberto,"<br>a/k/a "Rafi" |
| NORBERTO GONZALEZ CLAUDIO, | a/k/a "Johnny,"<br>a/k/a "Noe" |
| ORLANDO GONZALEZ CLAUDIO, | a/k/a "Jumbo,"<br>a/k/a "Gallego,"<br>a/k/a "Faco,"<br>a/k/a "Boris,"<br>a/k/a "Luis Goitia" |

| ELIAS S. CASTRO RAMOS, | a/k/a "Martin,"<br>a/k/a "Urbano" |
| --- | --- |
| LUZ M. BERRIOS BERRIOS, | a/k/a "Yayi,"<br>a/k/a "Mima,"<br>a/k/a "Lucy Segarra" |
| ISAAC CAMACHO NEGRON, | a/k/a "Frank" |
| IVONNE MELENDEZ CARRION, | a/k/a "Falcon,"<br>a/k/a "Julie" |
| ANGEL DIAZ RUIZ, | a/k/a "Milo,"<br>a/k/a "Jerry" |
| NORMAN RAMIREZ TALAVERA, | a/k/a "Pedro"<br>a/k/a "Jose Rodriguez"<br>a/k/a "Luis Rodriguez"<br>a/k/a "Rafael Lopez" |
| CARLOS M. AYES SUAREZ, | a/k/a "Pio,"<br>a/k/a "Juan Perez,"<br>a/k/a "Juan Rivera" |
| LUIS A. COLON OSORIO, | a/k/a "Manuel,"<br>a/k/a "Rafa,"<br>a/k/a "Rafi,"<br>a/k/a "Hector,"<br>a/k/a "Andres Leon Pagan" |
| ROBERTO J. MALDONADO RIVERA, | a/k/a "Jean,"<br>a/k/a "Joaquin,"<br>a/k/a "Joaco" |
| ANTONIO CAMACHO NEGRON, | a/k/a "Roco" |
| PAUL S. WEINBERG, | a/k/a "Josh" |

2.   Anne L. Gassin, a/k/a "Teresa," is named as a co-conspirator but is not named as a defendant in this indictment.

3.  Between on or about March 19, 1983 and August 30, 1985, the defendants listed and named in paragraph one of this Count, except for PAUL S. WEINBERG, a/k/a "Josh," were members of a group which called itself the "Macheteros," which funded its operations and activities, in part, through economic expropriations including robbery.

4.  Commencing on or about March 19, 1983, the exact date the conspiracy began being unknown to the Grand Jury, and continuously thereafter up to and including August 30, 1985, in the District of Connecticut and elsewhere the defendants listed in paragraph one of this Count knowingly, wilfully, unlawfully and intentionally combined, conspired, confederated and agreed together and with each other and with co-conspirator Anne L. Gassin and with others to the Grand Jury known and unknown, to commit offenses against the United States, that is,

    1.  To unlawfully take, by force, violence and intimidation, from the person and presence of another, money belonging to, and in the care, custody, control, management and possession of a bank as that term [bank] is defined by 18 U.S.C. § 2113(f), in violation of 18 U.S.C. § 2113(a); and

    2.  To embezzle, steal, unlawfully take, and unlawfully carry away goods, that is, money, moving as and

which were part of and which constituted an
interstate shipment of freight and property, in
violation of 18 U.S.C. § 659; and,

3. To transport in interstate and foreign commerce,
money, of the value of $5,000 or more, knowing that
the money had been stolen, in violation of 18 U.S.C.
§ 2314.

5. It was part of the conspiracy that the defendants:

| | |
|---|---|
| VICTOR MANUEL GERENA, | a/k/a "Aguila" |
| FILIBERTO OJEDA RIOS, | a/k/a "Luis," <br> a/k/a "Greco," <br> a/k/a "El Viejo," <br> a/k/a "Garcia," <br> a/k/a "Carlos," <br> a/k/a "Jose," <br> a/k/a "Juvenal Concepcion," <br> a/k/a "Pedro Almodovar," <br> a/k/a "Julio Lopez" |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio," <br> a/k/a "Romano," <br> a/k/a "Lauro" |
| AVELINO GONZALEZ CLAUDIO, | a/k/a "Adan," <br> a/k/a "Tino," <br> a/k/a "Gil" |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior," <br> a/k/a "Papo," <br> a/k/a "Max," <br> a/k/a "Ramon," <br> a/k/a "Jose Perez Moreno," <br> a/k/a "Ronald Princiotta" |
| JORGE A. FARINACCI GARCIA, | a/k/a "Roberto," <br> a/k/a "Rafi" |
| NORBERTO GONZALEZ CLAUDIO, | a/k/a "Johnny," <br> a/k/a "Noe" |

would and did devise and approve a plan whereby VICTOR MANUEL GERENA, a/k/a "Aguila," a guard for the Wells Fargo Armored Service Corporation, would rob the Wells Fargo Armored Service Corporation, 21 Culbro Drive, West Hartford, Connecticut, to obtain money for the "Macheteros" and its members to be used to fund its operations.

6. It was a further part of the conspiracy that the members of the "Macheteros" would and did refer to the defendant VICTOR MANUEL GERENA by the code name "Aguila" and to the plans to rob the Wells Fargo Armored Service Corporation, 21 Culbro Drive, West Hartford, Connecticut, the robbery itself, and the distribution and use of the proceeds of the robbery by the code "AB" and "Aguila Blanca" to avoid and escape detection by law enforcement authorities.

7. It was a further part of the conspiracy that the members of the "Macheteros" would and did communicate with each other and act in a clandestine manner and would and did use other code names and aliases to conceal their true identities, operations and activities, and to conceal the identities and activities of others who provided them with aid and assistance.

8. It was further part of said conspiracy that on September 12, 1983, the defendant, VICTOR MANUEL GERENA, a/k/a "Aguila," would and did rob the Wells Fargo Armored

Service Corporation, 21 Culbro Drive, West Hartford, Connecticut.

9. It was a further part of the conspiracy that between September 12 and September 27, 1983, the defendants:

FILIBERTO OJEDA RIOS,           a/k/a "Luis,"
                                a/k/a "Greco,"
                                a/k/a "El Viejo,"
                                a/k/a "Garcia,"
                                a/k/a "Carlos,"
                                a/k/a "Jose,"
                                a/k/a "Juvenal Concepcion,"
                                a/k/a "Pedro Almodovar,"
                                a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,   a/k/a "Antonio,"
                                a/k/a "Romano,"
                                a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,       a/k/a "Adan,"
                                a/k/a "Tino,"
                                a/k/a "Gil"

JUAN E. SEGARRA III PALMER,     a/k/a "Junior,"
                                a/k/a "Papo,"
                                a/k/a "Max,"
                                a/k/a "Ramon,"
                                a/k/a "Jose Perez Moreno,"
                                a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,      a/k/a "Roberto,"
                                a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,      a/k/a "Johnny,"
                                a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO,       a/k/a "Jumbo,"
                                a/k/a "Gallego,"
                                a/k/a "Faco,"
                                a/k/a "Boris,"
                                a/k/a "Luis Goitia"

would and did transport the defendant VICTOR MANUEL GERENA, a/k/a "Aguila," and a portion of the stolen Wells Fargo money from West Hartford, Connecticut to Mexico.

10.   It was a further part of the conspiracy that on or about September 27, 1983, the exact date being unknown to the Grand Jury, that the defendants:

FILIBERTO OJEDA RIOS,
a/k/a "Luis,"
a/k/a "Greco,"
a/k/a "El Viejo,"
a/k/a "Garcia,"
a/k/a "Carlos,"
a/k/a "Jose,"
a/k/a "Juvenal Concepcion,"
a/k/a "Pedro Almodovar,"
a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,
a/k/a "Antonio,"
a/k/a "Romano,"
a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,
a/k/a "Adan,"
a/k/a "Tino,"
a/k/a "Gil"

JUAN E. SEGARRA III PALMER,
a/k/a "Junior,"
a/k/a "Papo,"
a/k/a "Max,"
a/k/a "Ramon,"
a/k/a "Jose Perez Moreno,"
a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,
a/k/a "Roberto,"
a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,
a/k/a "Johnny,"
a/k/a "Noe"

ORLANDO GONZALEZ CLAUDIO,
a/k/a "Jumbo,"
a/k/a "Gallego,"
a/k/a "Faco,"
a/k/a "Boris,"
a/k/a "Luis Goitia"

would and did transport and would and did cause to be transported the defendant VICTOR MANUEL GERENA, a/k/a "Aguila," from Mexico to Cuba.

11. It was further part of the conspiracy that on or about March 27, 1984, the defendants:

| | |
|---|---|
| FILIBERTO OJEDA RIOS, | a/k/a "El Viejo," |
| | a/k/a "Garcia," |
| | a/k/a "Carlos," |
| | a/k/a "Jose," |
| | a/k/a "Juvenal Concepcion," |
| | a/k/a "Pedro Almodovar," |
| | a/k/a "Julio Lopez" |
| | |
| HILTON E. FERNANDEZ DIAMANTE, | a/k/a "Antonio," |
| | a/k/a "Romano," |
| | a/k/a "Lauro" |
| | |
| AVELINO GONZALEZ CLAUDIO, | a/k/a "Adan," |
| | a/k/a "Tino," |
| | a/k/a "Gil" |
| | |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior" |
| | a/k/a "Papo," |
| | a/k/a "Max," |
| | a/k/a "Ramon," |
| | a/k/a "Jose Perez Moreno," |
| | a/k/a "Ronald Princiotta" |
| | |
| JORGE A. FARINACCI GARCIA, | a/k/a "Roberto," |
| | a/k/a "Rafi" |
| | |
| NORBERTO GONZALEZ CLAUDIO, | a/k/a "Johnny," |
| | a/k/a "Noe" |
| | |
| ORLANDO GONZALEZ CLAUDIO, | a/k/a "Jumbo," |
| | a/k/a "Gallego," |
| | a/k/a "Faco," |
| | a/k/a "Boris," |
| | a/k/a "Luis Goitia" |

| ELIAS S. CASTRO RAMOS, | a/k/a "Martin," |
| | a/k/a "Urbano" |
| ISAAC CAMACHO NEGRON, | a/k/a "Frank" |
| IVONNE MELENDEZ CARRION, | a/k/a "Falcon," |
| | a/k/a "Julie" |

would and did transport and cause to be transported a quantity of stolen Wells Fargo money into Mexico.

12.  It was a further part of the conspiracy that on or about September 23, 1984, the defendants:

| FILIBERTO OJEDA RIOS, | a/k/a "Luis," |
| | a/k/a "Greco," |
| | a/k/a "El Viejo," |
| | a/k/a "Garcia," |
| | a/k/a "Carlos," |
| | a/k/a "Jose," |
| | a/k/a "Juvenal Concepcion," |
| | a/k/a "Pedro Almodovar," |
| | a/k/a "Julio Lopez" |
| JUAN E. SEGARRA III PALMER, | a/k/a "Junior" |
| | a/k/a "Papo," |
| | a/k/a "Max," |
| | a/k/a "Ramon," |
| | a/k/a "Jose Perez Moreno," |
| | a/k/a "Ronald Princiotta" |
| ROBERTO J. MALDONADO RIVERA, | a/k/a "Jean," |
| | a/k/a "Joaquin," |
| | a/k/a "Joaco" |
| ANTONIO CAMACHO NEGRON, | a/k/a "Roco" |
| PAUL S. WEINBERG, | a/k/a "Josh" |

would and did transport and cause to be transported a quantity of the stolen Wells Fargo money into Mexico.

13.    It was a further part of the conspiracy that between September 27, 1983 and September 30, 1984, on exact dates being unknown to the Grand Jury, the defendants:

FILIBERTO OJEDA RIOS,          a/k/a "Luis,"
                               a/k/a "Greco,"
                               a/k/a "El Viejo,"
                               a/k/a "Garcia,"
                               a/k/a "Carlos,"
                               a/k/a "Jose,"
                               a/k/a "Juvenal Concepcion,"
                               a/k/a "Pedro Almodovar,"
                               a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,  a/k/a "Antonio,"
                               a/k/a "Romano,"
                               a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,      a/k/a "Adan,"
                               a/k/a "Tino,"
                               a/k/a "Gil"

JUAN E. SEGARRA III PALMER,    a/k/a "Junior,"
                               a/k/a "Papo,"
                               a/k/a "Max,"
                               a/k/a "Ramon,"
                               a/k/a "Jose Perez Moreno,"
                               a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,     a/k/a "Roberto,"
                               a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,     a/k/a "Johnny,"
                               a/k/a "Noe"

would and did transport and place and cause to be transported and placed portions of the money stolen during the September 12, 1983 robbery of the Wells Fargo Armored Service Corporation, the exact amounts being unknown to the Grand Jury, into the custody of Cubans, known by the code name "Los Juanos."

14.   It was a further part of the conspiracy that on January 6, 1985, the defendants:

JUAN E. SEGARRA III PALMER,    a/k/a "Junior,"
                               a/k/a "Papo,"
                               a/k/a "Max,"
                               a/k/a "Ramon,"
                               a/k/a "Jose Perez Moreno,"
                               a/k/a "Ronald Princiotta"

LUIS A. COLON OSORIO,          a/k/a "Manuel,"
                               a/k/a "Rafa,"
                               a/k/a "Rafi,"
                               a/k/a "Hector,"
                               a/k/a "Andres Leon Pagan"

ISAAC CAMACHO NEGRON,          a/k/a "Frank"

would and did participate in a gift giveaway in Puerto Rico using stolen Wells Fargo money.

15.   It was a further part of the conspiracy that on January 6, 1985, the defendants:

CARLOS M. AYES SUAREZ,         a/k/a "Pio,"
                               a/k/a "Juan Perez,"
                               a/k/a "Juan Rivera"

NORMAN RAMIREZ TALAVERA,    a/k/a "Pedro,"
                           a/k/a "Jose Rodriguez,"
                           a/k/a "Luis Rodriguez,"
                           a/k/a "Rafael Lopez"

would and did travel from Puerto Rico to Connecticut for the purpose of and where they did participate in a gift giveaway using stolen Wells Fargo money.

16.  It was a further part of the conspiracy that prior to executing the robbery of the Wells Fargo Armored Service Corporation the defendants:

VICTOR MANUEL GERENA,        a/k/a "Aguila"

FILIBERTO OJEDA RIOS,        a/k/a "Luis,"
                             a/k/a "Greco,"
                             a/k/a "El Viejo,"
                             a/k/a "Garcia,"
                             a/k/a "Carlos,"
                             a/k/a "Jose,"
                             a/k/a "Juvenal Concepcion,"
                             a/k/a "Pedro Almodovar,"
                             a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,  a/k/a "Antonio,"
                               a/k/a "Romano,"
                               a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,    a/k/a "Adan,"
                             a/k/a "Tino,"
                             a/k/a "Gil"

JUAN E. SEGARRA III PALMER,   a/k/a "Junior,"
                              a/k/a "Papo,"
                              a/k/a "Max,"
                              a/k/a "Ramon,"
                              a/k/a "Jose Perez Moreno,"
                              a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,     a/k/a "Roberto,"
                                    a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,     a/k/a "Johnny,"
                                    a/k/a "Noe"

would and did discuss, analyze and review the plan to commit

the robbery to attempt to insure its success.

17.  It was a further part of the conspiracy that after

the robbery, up to and including the date of August 30, 1985,

the defendants:

FILIBERTO OJEDA RIOS,       a/k/a "Luis,"
                                a/k/a "Greco,"
                                a/k/a "El Viejo,"
                                a/k/a "Garcia,"
                                a/k/a "Carlos,"
                                a/k/a "Jose,"
                                a/k/a "Juvenal Concepcion,"
                                a/k/a "Pedro Almodovar,"
                                a/k/a "Julio Lopez"

HILTON E. FERNANDEZ DIAMANTE,  a/k/a "Antonio,"
                                a/k/a "Romano,"
                                a/k/a "Lauro"

AVELINO GONZALEZ CLAUDIO,      a/k/a "Adan,"
                                a/k/a "Tino,"
                                a/k/a "Gil"

JUAN E. SEGARRA III PALMER,    a/k/a "Junior,"
                                a/k/a "Papo,"
                                a/k/a "Max,"
                                a/k/a "Ramon,"
                                a/k/a "Jose Perez Moreno,"
                                a/k/a "Ronald Princiotta"

JORGE A. FARINACCI GARCIA,     a/k/a "Roberto,"
                                  a/k/a "Rafi"

NORBERTO GONZALEZ CLAUDIO,     a/k/a "Johnny,"
                                  a/k/a "Noe"

ELIAS S. CASTRO RAMOS,        a/k/a "Martin,"
                             a/k/a "Urbano"

and other co-conspirators known and unknown to the Grand
Jury would and did discuss, analyze and review the continuing
operation known as "AB" and "Aguila Blanca" to insure that
the plans to safeguard, use and distribute the money obtained
from the Wells Fargo robbery were executed.

## OVERT ACTS

In furtherance of the conspiracy, and during the
pendency thereof, and to effect the objects thereof, the
following overt acts were committed, among others, by the
defendants and coconspirators in the District of Connecticut
and elsewhere:

1. On or about August 17, 1983, at Houston, Texas,
   FILIBERTO OJEDA RIOS, a/k/a "Luis," a/k/a "Greco,"
   a/k/a "El Viejo," a/k/a "Garcia," a/k/a "Carlos,"
   a/k/a "Jose," a/k/a "Juvenal Concepcion," a/k/a
   "Pedro Almodovar," a/k/a "Julio Lopez," obtained a
   drivers license in the name "Juvenal Concepcion."

2. On or about September 10, 1983, at West Hartford,
   Connecticut, the defendant and co-conspirator VICTOR
   MANUEL GERENA, a/k/a "Aguila," rented a 1973 Buick.

3. On or about September 12, 1983, at the Wells Fargo
   Armored Service Corporation, 21 Culbro Street, West
   Hartford, Connecticut, the defendant and co-
   conspirator VICTOR MANUEL GERENA, a/k/a "Aguila,"
   put a gun to the head of Wells Fargo employee James
   McKeon.

4. On or about September 12, 1983, the defendant and
   co-conspirator VICTOR MANUEL GERENA, a/k/a "Aguila,"
   carried away approximately $7,007,151.98 from the
   Wells Fargo Armored Service Corporation, West
   Hartford, Connecticut.

5. On or about September 16, 1983, the defendant and
   co-conspirator FILIBERTO OJEDA RIOS, a/k/a "Luis,"
   a/k/a "Greco," a/k/a "El Viejo," a/k/a "Garcia,"
   a/k/a "Carlos," a/k/a "Jose," a/k/a "Juvenal
   Concepcion," a/k/a "Pedro Almodovar," a/k/a "Julio
   Lopez," then using the name "Juvenal Concepcion"
   purchased a motorhome in Massachusetts.

6. On or about March 21, 1984, the defendant and co-
   conspirator ORLANDO GONZALEZ CLAUDIO, a/k/a "Jumbo,"
   a/k/a "Gallego," a/k/a "Faco," a/k/a "Boris," a/k/a
   "Luis Goitia," purchased a 1980 Datsun automobile in
   New York.

7.  On or about March 22, 1984, the defendant and co-
    conspirator IVONNE MELENDEZ CARRION, a/k/a "Falcon,"
    a/k/a "Julie," travelled from Puerto Rico to New
    York.

8.  On or about March 27, 1984, the defendant and co-
    conspirator ORLANDO GONZALEZ CLAUDIO, a/k/a "Jumbo,"
    a/k/a "Gallego," a/k/a "Faco," a/k/a "Boris," a/k/a
    "Luis Goitia," travelled to Mexico from the United
    States.

9.  On or about March 27, 1984, the defendant and co-
    conspirator ISAAC CAMACHO NEGRON, a/k/a "Frank,"
    travelled to Mexico from the United States.

10. On or about August 29, 1984, in Massachusetts, the
    defendants and co-conspirators JUAN E. SEGARRA III
    PALMER, a/k/a "Junior," a/k/a "Papo," a/k/a "Max,"
    a/k/a "Ramon," a/k/a "Jose Perez Moreno," a/k/a
    Ronald Princiotta" and PAUL S. WEINBERG, a/k/a
    "Josh," and co-conspirator Anne L. Gassin, a/k/a
    "Teresa," met and had a conversation.

11. On or about September 11, 1984, the defendant and
    co-conspirator JUAN E. SEGARRA III PALMER, a/k/a
    "Junior," a/k/a "Papo," a/k/a "Max," a/k/a "Ramon,"
    a/k/a "Jose Perez Moreno," a/k/a "Ronald
    Princiotta," then using the name "Ronald

Princiotta," purchased a motorhome in Massachusetts.

12. On December 26, 1984, defendants and co-conspirators CARLOS AYES SUAREZ, a/k/a "Pio," a/k/a "Juan Perez," a/k/a "Juan Rivera," and NORMAN RAMIREZ TALAVERA, a/k/a "Pedro," a/k/a "Jose Rodriguez," a/k/a "Luis Rodriguez," a/k/a "Rafael Lopez," travelled from Puerto Rico to New York.

All in violation of Title 18, United States Code, Section 371.

each other, with unlawful and fraudulent intent, did knowingly and wilfully transport in interstate commerce from the Commonwealth of Puerto Rico to the State and District of Connecticut, money of a value in excess of $5,000, and the defendants then knew said money to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

A TRUE BILL
(Seventeen Counts)
March 21, 1986

_Nancy T Mc Leod_
Foreperson

_Albert S. Dabrowski_
ALBERT S. DABROWSKI
ASSISTANT UNITED STATES ATTORNEY

_Stanley A Twardy_
STANLEY A. TWARDY, JR.
UNITED STATES ATTORNEY

_Carmen Espinosa Van Kirk_
CARMEN ESPINOSA VAN KIRK
ASSISTANT UNITED STATES ATTORNEY

No. _____

# UNITED STATES ___ DISTRICT COURT

District of __Connecticut__

_____ Division

## THE UNITED STATES OF AMERICA

*vs.*

__VICTOR MANUEL GERENA, et al.__

see attached

## INDICTMENT

See attached

*A true bill,*

_Percy T. McLeod_ _____

_Foreman._

*Filed in open court this* _____

_____ , A.D. 19 ___

*of* _____

_Clerk._

*Bail.* $ _____

GPO 863 525

FORM OBD.-34
SEP 1978