UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        Vs.                          CASE NO. 2:85CR50(AVC)

AVELINO GONZALEZ CLAUDIO

SCHEDULING ORDER

      In accordance with Rules 16 and 17 of the Local Rules of Criminal Procedure, all discovery shall proceed in accordance with the standing order for discovery.  Motions for bill of particulars shall be submitted by March 20, 2008, the time established for the filing of all other discovery motions by the standing order.

      Any substantive motions, such as motions to dismiss or motions to suppress, together with memoranda in support, shall be filed on or before March 25, 2008.  An evidentiary hearing on a motion to suppress will be granted only if the defendant's moving papers, including any accompanying affidavits, allege facts that are sufficiently definite and specific so as to enable the court to conclude that a substantial claim is present, and which, if proven, would justify relief.  The government shall file its response, together with memoranda in opposition to defendant's memoranda, on or before April 1, 2008.  If oral argument or evidentiary hearing is necessary, it shall be requested in writing on or before April 8, 2008.

      Jury selection is tentatively scheduled for May 1, 2008, subject to the time between arraignment and trial being extended while the court has motions under consideration or otherwise as the court shall order.

SO ORDERED.

Dated at Hartford, Connecticut, this_____ day of _____, 2008.

                                                    /s/ TPS
                                                  Thomas P. Smith
                                                  United States Magistrate Judge