UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:85CR50(AVC) |
| v. | : | |
| AVELINO GONZALEZ-CLAUDIO | : | March 19, 2008 |

FILED
2008 MAR 24 P 12:11
DISTRICT COURT
HARTFORD, CT.

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

In accordance with the Government's oral motion, previously lodged on February 28, 2008, at defendant's initial appearance in this district before the Hon. Magistrate-Judge Thomas P. Smith, and pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves:

__X__  a crime of violence as defined in Title 18, United States Code, Section 3156;

____  an offense for which the maximum sentence is life imprisonment or death;

____  an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. § 955a);

____  any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

__X__   a serious risk that the defendant will flee; and/or

__ __   a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.   Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

__X__   the defendant's appearance as required; and/or

__X__   the safety of any other person and the community.

III.   Rebuttable Presumption

The Government will not invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e).

IV.   Time for Detention Hearing

At the defendant's initial appearance on February 28, 2008, the government requested that the Court conduct the detention hearing after a continuance of 3 days. Following consultation with defense counsel, the Court scheduled the detention hearing for Tuesday, March 4, 2008. Subsequently, upon defense counsel's request for more time to obtain certain materials from the District of Puerto Rico for purposes of the detention hearing, the March 4 hearing date was vacated.

No further detention hearing date has been scheduled as of the filing of this written motion.

        Respectfully submitted

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        /s/ Henry K. Kopel
        _____
        HENRY K. KOPEL
        ASSISTANT UNITED STATES ATTORNEY
        Fed. Bar No. ct24829
        157 Church Street, 23d Floor
        New Haven, CT 06510
        (203) 821-3700

## CERTIFICATE OF SERVICE

    I HEREBY certify that I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, this 19th day of March, 2008, both to defendant's present counsel, Deirdre Murray, Esq., and to prospective counsel named in a pending motion for appointment of counsel, James W. Bergenn, Esq., at the respective addresses listed below:

Deirdre Murray, Esq.
Office of the Federal Public Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976

James W. Bergenn, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919

_____
Assistant U.S. Attorney