UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: |
| | : | 2:85CR00050 (AVC) |
| v. | : | |
| | : | |
| | : | |
| AVELINO GONZALEZ-CLAUDIO | : | March 26, 2008 |

### APPEARANCE OF MORGAN P. RUECKERT

Please enter the appearance of the undersigned MORGAN P. RUECKERT in addition

to the appearance of Moira L. Buckley and James W. Bergenn and in lieu of the appearance of

Deirdre A. Murray, on behalf of the defendant, Avelino Gonzalez-Claudio.

By:_____

Morgan P. Rueckert
Federal Bar No. ct19838
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Phone: (860) 251-5821
Fax: (860) 251-5219
mrueckert@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Appearance of Morgan P. Rueckert has been sent via first class U.S. Mail, postage prepaid on this 26th day of March, 2008, to:

Henry K. Kopel, Esq.
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Deirdre A. Murray, Esq.
Assistant Federal Defender
Office of the Federal Defender
10 Columbus Boulevard, Floor 6
Hartford, CT  06106-1976

_____
Morgan P. Rueckert

502692 v.01 S3