UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: |
| | : | 2:85CR00050 (AVC) |
| v. | : | |
| | : | |
| | : | |
| AVELINO GONZALEZ-CLAUDIO | : | March 26, 2008 |

## APPEARANCE OF MOIRA L. BUCKLEY

Please enter the appearance of the undersigned MOIRA L. BUCKLEY in addition to the appearance of James W. Bergenn and Morgan P. Rueckert and in lieu of the appearance of Deirdre A. Murray, on behalf of the defendant, Avelino Gonzalez-Claudio.

By: /s/ Moira L. Buckley
Moira L. Buckley
Federal Bar No. ct18803
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103
Phone:  (860) 251-5836
Fax: (860) 251-5219
mbuckley@goodwin.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Appearance of Moira L. Buckley has been sent via first class U.S. Mail, postage prepaid on this 26th day of March, 2008, to:

Henry K. Kopel, Esq.
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Deirdre A. Murray, Esq.
Assistant Federal Defender
Office of the Federal Defender
10 Columbus Boulevard, Floor 6
Hartford, CT 06106-1976

Moira L. Buckley

502692 v.01 S1