UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: |
| | : | 2:85CR00050 (AVC) |
| v. | : | |
| | : | |
| | : | |
| AVELINO GONZALEZ-CLAUDIO | : | March 26, 2008 |

## APPEARANCE OF JAMES W. BERGENN

Please enter the appearance of the undersigned JAMES W. BERGENN <u>in addition to</u> the appearance of Moira L. Buckley and Morgan P. Rueckert and <u>in lieu of</u> the appearance of Deirdre A. Murray, on behalf of the defendant, Avelino Gonzalez-Claudio.

By: /s/ James W. Bergenn
James W. Bergenn
Federal Bar No. ct00006
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103
Phone:  (860) 251-5639
Fax: (860) 251-5219
jbergenn@goodwin.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Appearance of James W. Bergenn has been sent via first class U.S. Mail, postage prepaid on this 26th day of March, 2008, to:

Henry K. Kopel, Esq.
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Deirdre A. Murray, Esq.
Assistant Federal Defender
Office of the Federal Defender
10 Columbus Boulevard, Floor 6
Hartford, CT  06106-1976

                                                              _____
                                                              James W. Bergenn

502692 v.01 S2