UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :
       : Criminal No. 2:85CR00050(AVC)
     v.                     :
       :
AVELINO GONZALEZ-CLAUDIO    : March 27, 2008

APPEARANCE

Ms. Clerk:

      Please enter my appearance as counsel for the Government, in the above-referenced case.

Dated at Hartford, Connecticut on the 27th day of March, 2008.

      Respectfully submitted,

      KEVIN J. O'CONNOR
      UNITED STATES ATTORNEY

      /s/
      PAUL H. McCONNELL
      ASSISTANT UNITED STATES ATTORNEY
      450 MAIN STREET, ROOM 328
      HARTFORD, CT 06103
      TEL. (860) 760-7971
      Federal Bar No. phv02501

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 27th day of March , 2008 to the following:

James W. Bergenn, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

Deirdre A. Murray, Esq.
Assistant Federal Public Defender
10 Columbus Boulevard, Floor 6
Hartford, CT 06106-1976

/s/

_____
PAUL H. McCONNELL
ASSISTANT UNITED STATES ATTORNEY