¶\

Criminal (12-15-07)

TOTAL TIME: 1 hours 50 minutes   DEPUTY CLERK: Sunbury   HONORABLE: Smith   RPTR/ECRO/TAPE: Brandon
USPO: Lopez   INTERPRETER: Saltzman

DATE 4/14/08   START TIME 3:30   END TIME 5:10

## CRIMINAL COURTROOM MINUTES (check all boxes that apply):

- [ ] IA-INITIAL APPEARANCE
- [ ] IA-REVOCATION
- [ ] IA-RULE 5
- [ ] ARRAIGNMENT
- [x] BOND HEARING
- [x] DETENTION HEARING
- [ ] PROBABLE CAUSE HRG
- [ ] CONFLICT HEARING
- [ ] CHANGE OF PLEA HRG
- [ ] WAIVER/PLEA HEARING
- [ ] EXTRADITION HEARING
- [ ] EVIDENTIARY HEARING
- [ ] IN CAMERA HEARING
- [ ] COMPETENCY HEARING
- [ ] FORFEITURE HRG
- [ ] MISCELLANEOUS HRG
- [ ] STATUS CONFERENCE

CR # 2:85CR50AVC   DEFT # _____

UNITED STATES OF AMERICA
vs
Avelino Gonzalez-Claudio

Henry Kopel, AUSA

Jim Bugean
Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

---

- Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): _____ [ ] case unsealed; or [ ] Rule 5 arrest, District of _____
- CJA 23 Financial Affidavit filed [ ] under seal
- Order appointing Federal Public Defender's Office filed
- Court appoints Atty. _____ to represent deft for [ ] this proceeding only [ ] all proceedings
- Appearance of _____ filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- Plea Agreement Letter filed [ ] under seal; [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- Counts _____ of the _____ (indictment, superseding indictment, information, etc.)
- Plea of [ ] not guilty [ ] guilty [ ] nolo contendere
- Petition to Enter Guilty Plea filed
- Deft motions due _____; Govt. responses due _____
- Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- Hearing on Pending Motions scheduled for _____ at _____
- Jury Selection set for _____ at _____
- Remaining count(s) to be dismissed at sentencing
- Sentencing set for _____ at _____
- Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Order of Detention filed
- Deft ordered removed/committed to originating/another District of _____
- No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- Waiver of Rule 5 Hearing filed
- Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- Defendant detained
- [x] Hearing [ ] waived [ ] set for _____ [ ] continued until 4/15/08 9:00AM
- **Set Attorney Flag**

[x] SEE reverse for [ ] conditions of bond [x] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut or extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____.

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ ..... As set forth in the Order Setting Conditions of Release.

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☐ | | Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ | | Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ | | Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ | | Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ | | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ | | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ | | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ | | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ | # ___ | Deft _____ motion | | ☐ | ☐ | ☐ |
| ☐ | # ___ | Deft _____ motion | | ☐ | ☐ | ☐ |
| ✓ | #59 | Govt's motion **For Pretrial Detention** | | ☐ | ☐ | ☒ advisement |
| ☐ | # ___ | Govt's motion | | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisement |
|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ |