Criminal (12-15-07)

TOTAL TIME: ___ hours ___ minutes

DEPUTY CLERK _____ HONORABLE _Spink_
USPO _____ RPTR/ECRO/TAPE _Branton_
INTERPRETER _Saltzman_

DATE _4/15/08_  START TIME _9:30_  END TIME _11:30_

## CRIMINAL COURTROOM MINUTES (check all boxes that apply):

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEARANCE | ☐ BOND HEARING | ☐ CHANGE OF PLEA HRG | ☐ IN CAMERA HEARING |
| ☐ IA-REVOCATION | ☑ DETENTION HEARING | ☐ WAIVER/PLEA HEARING | ☐ COMPETENCY HEARING |
| ☐ IA-RULE 5 | ☐ PROBABLE CAUSE HRG | ☐ EXTRADITION HEARING | ☐ FORFEITURE HRG |
| ☐ ARRAIGNMENT | ☐ CONFLICT HEARING | ☐ EVIDENTIARY HEARING | ☐ MISCELLANEOUS HRG |
| | | | ☐ STATUS CONFERENCE |

CR # _85-50 HV_ DEFT # _____

UNITED STATES OF AMERICA

vs

_Avelino Gonzalez Claudio_

_Henry Kopel_ , AUSA

_Jim Berger_  ☑

Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

| | |
|---|---|
| ☐ . . . . . . . | Deft failed to appear. Oral Motion for issuance of Warrant - ☐ Granted ☐ Denied ☐ Bond FORFEITED |
| ☐ . . . . . . . | ☐ Arrest date (CT case): _____ ☐ case unsealed; or ☐ Rule 5 arrest, District of _____ |
| ☐ . . . . . . . | CJA 23 Financial Affidavit filed ☐ under seal |
| ☐ . . . . . . . | Order appointing Federal Public Defender's Office filed |
| ☐ . . . . . . . | Court appoints Atty. _____ to represent deft for ☐ this proceeding only ☐ all proceedings |
| ☐ . . . . . . . | Appearance of _____ filed |
| ☐ . . . . . . . | ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed |
| ☐ . . . . . . . | ☐ Information/Misdemeanor filed ☐ Sealed Information filed |
| ☐ . . . . . . . | ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed |
| ☐ . . . . . . . | ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed |
| ☐ . . . . . . . | Plea Agreement Letter filed ☐ under seal; ☐ Special Assessment of $100.00/$50.00/$25.00 to be paid immediately |
| ☐ . . . . . . . | Counts _____ of the _____ (indictment, superseding indictment, information, etc.) |
| ☐ . . . . . . . | Plea of ☐ not guilty ☐ guilty ☐ nolo contendere |
| ☐ . . . . . . . | Petition to Enter Guilty Plea filed |
| ☐ . . . . . . . | Deft motions due _____ ; Govt. responses due _____ |
| ☐ . . . . . . . | Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order |
| ☐ . . . . . . . | Hearing on Pending Motions scheduled for _____ at _____ |
| ☐ . . . . . . . | Jury Selection set for _____ at _____ |
| ☐ . . . . . . . | Remaining count(s) to be dismissed at sentencing |
| ☐ . . . . . . . | Sentencing set for _____ at _____ |
| ☐ . . . . . . . | Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT |
| ☐ . . . . . . . | Govt's oral Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT |
| ☐ . . . . . . . | Order of Detention filed |
| ☐ . . . . . . . | Deft ordered removed/committed to originating/another District of _____ |
| ☐ . . . . . . . | No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed |
| ☐ . . . . . . . | Waiver of Rule 5 Hearing filed |
| ☐ . . . . . . . | Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT |
| ☐ . . . . . . . | Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ PR |
| ☐ . . . . . . . | Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified |
| ☑ . . . . . . . | Defendant detained |
| ☐ . . . . . . . | Hearing ☐ waived ☐ set for _____ ☐ continued until _____ |
| ☐ . . . . . . . | **Set Attorney Flag** |

☑ SEE reverse for ☐ conditions of bond ☑ additional proceedings

## CONDITIONS OF BOND

☐ . . . . Travel restricted to Connecticut or extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed
and approved by the Court.

☐ . . . . Deft must reside at _____.

☐ . . . . Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ . . . . Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ must not apply for a passport.

☐ . . . . Deft must refrain from the possession of firearms or dangerous weapons.

☐ . . . . Deft must maintain employment or actively seek employment.

☐ . . . . Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ . . . . As set forth in the Order Setting Conditions of Release.

☐ . . . . _____
_____
_____
_____
_____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ . . . . # ___ | Deft _____ motion _____ | ☐ | ☐ | ☐ |
| ☐ . . . . # ___ | Deft _____ motion _____ | ☐ | ☐ | ☐ |
| ☑ . . . . #59 | Govt's motion *for trial* | ☑ granted | ☐ | ☐ |
| ☐ . . . . # ___ | Govt's motion _____ | ☐ | ☐ | ☐ |

| | | filed | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ . . . . . . . | _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ . . . . . . . | _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ . . . . . . . | _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ . . . . . . . | _____ | ☐ | ☐ | ☐ | ☐ |