AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

USA
v.
Avelino Gonzalez Claudio

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 85-50 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Smith | USA A. Kope | J. Bugen |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Evt 4/14/08 | J. Brandon | B. Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-14-08 | | | Wallace Salisbury, New Haven, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages