**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :   Criminal No: 2:85CR00050(AVC)
                              :
AVELINO GONZALEZ-CLAUDIO      :
                              :
------------------------------x
```

**ORDER**

The United States Marshals shall, consistent with due security concerns, seek to house the defendant, Avelino Gonzalez-Claudio, in a facility through the conclusion of the proceedings in the above-entitled case that does not require either 23 hour/day lockdown or shackling when the defendant meets with counsel, absent security concerns that may arise by virtue of the defendant's conduct while in custody.  The United States Marshals shall provide to counsel for the Government and the defendant such information as necessary to permit the parties to work with the United States Marshals to identify appropriate housing and security.  In the event no progress can be made, the United States Marshals shall report back to the court.

It is so ordered.

Dated this 15th day of April 2008 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge