USA vs. Avelino Gonzalez Claudio   H-85-50AVC

## GOVERNMENT EXHIBITS - PTD HEARING

| | G-X # | ITEM | MARKED | ADMITTED |
|---|---|---|---|---|
| full | 1 | Drivers license, Jose Ortega Morales | | 4/15/08 |
| full | 2 | Marriage certificate dated 6/10/00 | | ✓ |
| full | 3 | Cert. title for vehicle, Jose Ortega Morales (Sp.) | | ✓ |
| full | 4 | U.S. Passport, Jose Rafael Ortega (current passport) | | ✓ |
| full | 5 | U.S. Passport, Jose Rafael Ortega (expired passport) | | ✓ |
| full | 6 | "Identificacion Electoral" card, Jose Ortega Morales (Sp.) | | ✓ |
| full | 7 | "Licencia," Jose Orega Morales, expired 6/13/86 (Sp.) | | ✓ |
| full | 8 | American Express card, Jose Ortega Morales (Sp.) | | ✓ |
| full | 9 | Costco Card, Jose Ortega Morales | | ✓ |
| full | 10 | Sam's Club Card, Jose Ortega (Sp.) | | ✓ |
| full | 11 | INS Petition for Alien Relative, by Jose Rafael Ortega Morales | | ✓ |
| ID | 12A | Court document date-stamped Oct. 21, 2003 (Spanish) - w/ photo of defendant's FBI wanted poster attached | 4/15/08 | 4-15-08 |
| | 12B | TRANSLATION: | ✓ | |
| Full | 13A | 3-page doc., 1st page says "Surface Explosive Ordnance Disposal" (from 8/30/08 search of AGC P.R. residence) | | |
| | 13B | Photos from 8/30/08 search of AGC P.R. residence | | ✓ |
| full | 14 | PRTP letterhead | | ✓ |
| full | 15A | "Propuesta De Concepcion Militar" | | ✓ |
| | 15B | TRANSLATION: Military Conception Proposal | | ✓ |
| full | 16A | "Inventario General: Educacion Fisica" | | |
| | 16B | TRANSLATION: General Inventory Physical Education | | ✓ |
| | 17A | "Inventario del Area de EF" | | |
| | 17B | TRANSLATION: PE Area Inventory | | ✓ |
| | 18 | 23-page bomb making manual (Spanish) | | ✓ |

gvt's Exhibits returned 4/15/08