# United States District Court

DISTRICT OF ――――

**EXHIBIT AND WITNESS LIST**

USA
v.
Avelino Gonzalez Claudio

CASE NUMBER: H-85-50 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY — USA | DEFENDANT'S ATTORNEY |
|---|---|---|
| Smith | H. Kopel | Jim Bergen |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/14/08 | John Brandon | B. Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1. | 4/14/08 | | | Real Estate Bond List |
| | 2. | " " | | | Reference Letters |
| | 3. | " " | | | Photos |
| | 4. | 4/15/08 | | | Letter dated 4/20/99 to Al Gore |
| | 5. | 4/15/08 | | | Newspaper 4-11-08 "Workers Vanguard" |
| | 6. | 4/15/08 | | | article 4-17-08 - Workers World |
| | 7. | 4/15/08 | | | List of Books-documents not seized |

Defendants exhibits returned 4/15/08
Morgan Rickert

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages