A

# Northern Correctional Institution
## Administrative Segregation Program

**Administrative Segregation (A/S):** Placement of an inmate on a Restrictive Housing Status that results in a segregation of the inmate whose behavior while incarcerated poses a threat to the security of the facility or a risk to the safety of staff or other inmates. This inmate has demonstrated through his behavior that he is not appropriate for continued placement in general population and that he no longer be safely managed in general population.

**A.S. Placement:** Inmates that are transferred to Northern will be afforded a hearing to determine if they will be placed on Administrative Segregation Status. Upon arrival, the inmate will be placed on Administrative Detention pending the Administrative Segregation investigation and hearing. The hearing will be conducted by a Hearing Officer assigned by the Director of Offender Classification and Population Management. A recommendation will be forwarded to the Director of Offender Classification and Population Management. This process can take up to thirty days.

**Appeals:** An inmate may appeal the decision to be placed on Administrative Segregation Status to the Director of Offender Classification and Population Management.

**Administrative Segregation Program:** The Administrative Segregation Program at Northern is organized as a Transitional Phase Program. There are three phases that inmates must complete prior to any recommendation being made by the Unit Administrator for return into general population. The entire program shall at a minimum be a 10-month period.

**Program Philosophy:** The three phase Administrative Segregation Program at Northern operates on the basic assumption that inmates who engage in aggressive, violent, disruptive behavior, or who pose an imminent risk to the public, staff, or other inmates require a highly structured and secure environment. Within this environment, inmates are held accountable for their action while learning coping skills necessary to allow their safe return to general population.

**Phase I:** This is the beginning phase of the Administrative Segregation Program. This portion of the program is a minimum of 120 days prior to any review for progression to Phase II. Below is a summary of the program restrictions and privileges.

- Inmates are removed from their cells in **full restraints** at all times.
- Inmates are allowed to spend a maximum of **$25.00 per week for commissary items** (if not on any sanctions)

- Inmates are allowed **one** 15-minute **telephone call** per week (if not on any sanctions).
- Inmates are allowed **one** 30-minute **non-contact visit** per week with immediate family only (if not on any sanctions).
- Inmates receive **recreation** one hour per day five days a week.
- Inmates receive **three** showers per week.
- Inmates are precluded from any **work** assignments.
- Inmates are allowed a radio. There are no televisions permitted.
- During Phase I inmates must complete the following In-Cell Programming: Getting Settled; Getting Going, Handling a Crisis; Interpersonal Effectiveness. In addition inmates under **21** who are managed in accordance with Connecticut General Statues on Special Education are provided with Special Education Classes. This is also an In – Cell Program.
- All meals are served inside the cell.

**Phase II:** Inmates that successfully complete Phase I are reviewed for progression to Phase II by a committee made up of: The Unit Administrator, Majors, Unit Managers, Shift Commanders, Counselors Supervisors, Correctional Counselors, Correctional Treatment Officers, Correctional officers, Mental Health, Intelligence Officer and a Disciplinary Coordinator. To progress to Phase II the inmate must have completed four (4) months in Phase I, all Punitive Segregation time, remained Class "A" disciplinary report free for 60 days and remained Class "B" disciplinary report free for 30 days. Phase II is a minimum of 90 days. Below is a summary of the program restrictions, privileges and groups.

- Inmates for the first thirty days shall prior to release from their cell be **handcuffed** in the front. After thirty days restraints are not authorized unless for movements outside the unit or while waiting placement back to Administrative Segregation Phase I or Punitive Segregation.
- Inmates are housed two per cell.
- Inmates are allowed to spend a maximum of **$30.00 per week for commissary items** (if not on any sanctions).
- Inmates are allowed **two** 15-minute **telephone calls** per week (if not on any sanctions).
- Inmates are allowed **two** 30 minute **non-contact visits** per week with immediate family only (if not on any sanctions).
- Inmates receive one hour of **recreation** per day, five days a week without any restraints
- Inmates receive three **showers** per week.
- Inmates may **work** in the unit at the discretion of the Unit Manager. However, they are not eligible for seven-day jobs.
- Inmates are allowed a radio. There are no televisions permitted.
- **Special Education Programming** continues in Phase II.
- During Phase II inmates must complete three (3) groups: **Orientation and Communication, How to Deal with your Anger; A Better Way.**

- All meals are served inside the cell.

**Phase III:** Inmates that successfully complete Phase II are reviewed for progression to Phase III by: the Major of Programs and Services, Unit Manager, Counselor Supervisor, Correctional Counselor, Correctional Treatment Officer and the Unit Correctional Officers. To progress to Phase III the inmates must have: been in Phase II for 90 days, completed all programs in Phase II, remained Class "B" disciplinary report free for 90 days, Class "C" disciplinary report free for 60 days, complete all disciplinary sanctions and maintained a positive attitude towards staff and the program. This last phase of the program is a minimum of 90 days.

- Restraints are not authorized unless for movement outside the unit or while waiting placement back into Administrative Segregation Phase I or Punitive Segregation.
- Inmates are housed two per cell.
- Inmates are allowed to spend a maximum of **$35.00 per week for commissary items** (if not on any sanctions).
- Inmates are allowed **three** 15-minute **telephone** calls per week (if not on any sanctions).
- Inmates are allowed **three** 30-minute **non-contact** visits per week with immediate family members only (if not on any sanctions).
- Inmates receive one hour of **recreation** per day five days a week without any restraints. During Phase III, the inmates also participate in recreational sponsored programs: **Interactive Skill Building and Passive Recreation.**
- Inmates receive three **showers** per week.
- Inmates may **work** in the unit at the discretion of the Unit Manager. However, they are not eligible for seven-day jobs
- Inmates are allowed a radio. There are no televisions permitted.
- **Special Education Programming** continues to Phase III.
- During phase three, inmates must participate and complete the following groups: Relapse Prevention; How to do your Bid, Bridge Group, Interactive Skill Building, and Passive Recreation.

**Criteria for return to Phase I:** Phase II inmates shall be returned to Phase I for the following reasons:
- Class "A" disciplinary report.
- Class "B" or "C" multiple disciplinary reports.
- Punitive Segregation received as a sanction on a disciplinary report.
- Refusal to participate in any Phase II Programming.
- Poor attitude
- Lack of Motivation

**Criteria for return of Phase III:** Phase III inmates shall be returned to either Phase I of Phase II for the following reasons:
- Class "A" disciplinary report (Phase I)

- Punitive Segregation received as a disciplinary sanction (Phase I)
- Refusal to Participate in Phase III programming (Phase II or I).
- Class "B" disciplinary report (Phase II).
- Multiple Class "C" or informal reports (Phase II).
- Poor Attitude (either Phase II or I).
- Lack of motivation (either Phase II or I).
- Poor work reports (either Phase II or I).
- Multiple class "B" or "C" disciplinary reports including poor work report (Phase I).

**Inmates that discharge from Northern:** Any inmate that discharges into the community from Northern will be returned to his status if he re-offends and returns to the Department of Correction's jurisdiction.

**Return to General Population:** Inmates that complete 90 days in Phase III, remained Class "B" disciplinary report free for 90 days, completed all programming and maintained a positive attitude toward staff and the program may be considered for return into general population. To return to general population, inmates must have successfully completed all three phases of the Administrative Segregation Program. A recommendation for removal is generated by the Unit Manager, reviewed by the Classification Counselor Supervisor, Major of Programs and Services and end endorsed by the Unit Administrator. The removal package is forwarded to the Deputy Commissioner via to the director of Offender Classification and Population Management.