# B

# Restrictive Status Report of Hearing for Placement or Removal
## Connecticut Department of Correction

CN 9404/1
REV 1/15/08

| | |
|---|---|
| Facility/Unit: | Northern CI |
| Inmate name: | Claudio, Avelino |
| Inmate number: | REDACTED |
| Hearing for: | ☒ Administrative Segregation  ☐ Chronic Discipline |

### SECTION 1 - HEARING

| | |
|---|---|
| Date: 03/19/08 | Time: 08:58 ☒ am ☐ pm |
| Hearing officer/title: S. Clapp, Counselor Supervisor | ☐ Advocate requested |
| | ☒ Advocate not requested |
| Recorder/title: B. Griggs, Counselor | ☐ Advocate not requested, but assigned |
| Name of advocate: Frasco | Title: CTO |

**Summary of placement rationale:**
I/M Claudio has pending federal charges (obstruction of commerce by robbery, conspiracy bank robbery, etc.) that are high in notoriety. In addition, he allegedly has ties to a United States identified known terrorist organization (Los Macheteros). Therefore, he is considered a threat to the safety and security of Connecticut Department of Correction institutions and needs to be reviewed for placement on a high restrictive classification status.

**Inmate statement:**

REDACTED

| Staff name: N/A | Title: N/A |
|---|---|

**Staff statement:**
N/A

| Inmate witness #1 name: N/A | Inmate number: N/A |
|---|---|

**Inmate witness #1 statement:**
N/A

| Inmate witness #2 name: N/A | Inmate number: N/A |
|---|---|

**Inmate witness #2 statement:**
N/A



# Restrictive Status Report of Hearing for Placement or Removal
## Connecticut Department of Correction

CN 9404/2
REV 1/15/08

### SECTION 2 - HEARING DISPOSITION

☒ Recommend placement   ☐ Do not recommend placement

Reason(s) for recommendation:

Subject has alleged ties with a known terrorist group and has pending federal charges. Therefore, subject should be placed on a High Restrictive status to ensure the security of CTDOC facilities.

Information relied on:

E-mail dated February 22, 2008 from Susan Kirwin to Director Fred Levesque.

Signature of Hearing Officer: [signature]   Date: 03/19/08

☐ Recommend placement   ☐ Do not recommend placement

Signature of Unit Administrator (close custody only):   Date:

### SECTION 3 – DIRECTOR OF OCPM AUTHORIZATION

☒ Placement authorized   ☐ Placement not authorized

Reason(s): Federal Charges, high notoriety case and linked to terrorist organization

Signature of Director of OCPM: [signature]   Date: 3/24/08

### SECTION 4 - RELEASE

*Release rationale:

Signature of Unit Administrator:   Date:

☐ Release approved   ☐ Release not approved

Comments:

Signature of Commissioner/designee:   Date:

*Attach disciplinary and incident reports resulting in original placement on administrative segregation, along with disciplinary record.

cc: Place in inmate master file on completion.