

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:85CR50(AVC) |
| v. | : | |
| AVELINO GONZALEZ CLAUDIO | : | May 1, 2008 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE OPPOSITION TO THE GOVERNMENT'S
MOTION FOR DESIGNATION AS COMPLEX CASE**

Pursuant to Local Criminal Rule 1 and Local Civil Rule 7(b), the Defendant, Avelino Gonzalez Claudio, respectfully requests that this Court grant him an extension of time within which to file his opposition to the Government's Motion for Designation as Complex Case Warranting Excludable Time Under Speedy Trial Statute. The Government does not object to this request. Undersigned counsel submits that the following facts represent good cause justifying an extension of time until Monday, May 5, 2008:

1. The Government filed its motion on April 10, 2008.

2. The Defendant's opposition brief is due on May 1, 2008.

3. Undersigned counsel is responsible for filing the Defendant's opposition brief and has researched the issues and is presently drafting the opposition.

4. Undersigned counsel has been subpoenaed to testify in a state court matter on May 1, 2008 and is anticipated to be absent from the office for several hours,

2:85CR0050(AVC) May 8, 2008. The motion is GRANTED. SO ORDERED.
/s/ Alfred V. Covello, USDJ
Alfred V. Covello, U.S.D.J.

85CR50 end 78