UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :  CRIMINAL NO. 2:85CR50(AVC)

v.  :

AVELINO GONZALEZ-CLAUDIO  :  May 15, 2008

UNITED STATES OF AMERICA'S MOTION TO RECONSIDER IN PART,
RULING ON MOTION FOR DESIGNATION AS COMPLEX CASE WARRANTING
EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT

The United States of America (the "United States") respectfully submits this motion to reconsider in part, the Court's May 12, 2008, Ruling on Motion for Designation as Complex Case Warranting Excludable Time Under Speedy Trial Act ("Excludable Time Ruling" or "Ruling"). Reconsideration is sought with respect to the amount of time deemed excludable under the Speedy Trial Act. We note that the arguments herein were initially prepared as a response to the defendant's memorandum in opposition to the United States' motion that sought a complex case designation ("Complex Case and Tolling Motion"), which response is due on May 16, 2008, four days after the Court issued its ruling.

Argument

The United States' Complex Case and Tolling Motion requested that this matter be designated a complex case warranting excludable time under 18 U.S.C. § 3161(h)(8)(A), and sought 18 months of excludable time in order to prepare for and litigate pretrial proceedings and prepare for trial. The Court's Excludable Time Ruling concluded that this matter is a complex case, and that a continuance

2:85CR0050(AVC) May _23_, 2008.  The motion for reconsideration is GRANTED, but the relief requested is DENIED.
SO ORDERED.

/s/ Alfred V. Covello, USDJ
Alfred V. Covello, U.S.D.J.