**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NOTICE TO COUNSEL**

Effective June 16, 2008, all criminal cases assigned to the docket of Alfred V. Covello shall be designated as electronically filed ("e-filed") cases subject to the enclosed Electronic Filing Order.  All pleadings and activity in the case (e.g., pleadings, orders, notices, and calendars), with the exception of sealed documents, must be filed electronically.

If electronic filing would impose an undue burden, counsel or the parties may file a motion to vacate the Electronic Filing Order, for good cause shown.

Attorneys are advised to participate in the training program offered by the Clerk's Office or to use the CM/ECF tutorial on the court's website at www.ctd.uscourts.gov/cmecf to become familiar with the system.  The registration forms and electronic filing policies are available on the court's website, at the address above.
SO ORDERED.

                                                    /s/ Alfred V. Covello
                                                  Alfred V. Covello
                                                  United States District Judge