UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: |
| v. | : | 2:85CR50 (AVC) |
| | : | |
| AVELINO GONZALEZ-CLAUDIO | : | June 23, 2008 |

## MOTION FOR PERMISSION TO FILE INTERIM BILLING

The undersigned appointed counsel for defendant Avelino Gonzalez-Claudio in this matter hereby seeks the Court's permission to file interim billing under the provisions of the Criminal Justice Act. The first interim billing covers the period February 29, 2008 through May 31, 2008. The case is still in the discovery phase, and the Court recently set a date for Jury Selection to commence on November 6, 2008. Because the final disposition of this matter will not occur for some time, undersigned counsel requests permission to submit interim billing vouchers.

                                            DEFENDANT,
                                            AVELINO GONZALEZ-CLAUDIO


                              By    /s/ Moira L. Buckley
                                      Moira L. Buckely
                                      Federal Bar No. ct18803
                                      James W. Bergenn
                                      Federal Bar No. ct00006
                                      Morgan P. Rueckert
                                      Federal Bar No. ct19838
                                      For Shipman & Goodwin LLP
                                      One Constitution Plaza
                                      Hartford, CT 06103-1919
                                      Tel: (860) 251-5000
                                      Fax: (860) 251-5219
                                      Email: mbuckley@goodwin.com
                                      His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on this 23rd day of June, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Moira L. Buckley
Moira L. Buckley
Federal Bar No. ct18803

508253 v.01