UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: |
| | : | 2:85CR00050 (AVC) |
| v. | : | |
| | : | FILED UNDER SEAL |
| | : | |
| AVELINO GONZALEZ CLAUDIO | : | AUGUST 28, 2008 |

## MOTION TO SEAL

The Defendant, Avelino Gonzalez Claudio, by and through undersigned counsel, moves this Honorable Court for an Order sealing the Defendant's Motion to Incur Expenses. Sealing is requested to afford Mr. Gonzalez Claudio the same confidentiality in preparing his defense that is afforded to defendants who are financially able to pay the costs and expenses related to their defense. Sealing is necessary to enable Mr. Gonzalez Claudio to prepare for his defense without revealing to the Government or the public his potential defense strategy.

DEFENDANT,
Avelino Gonzalez Claudio

By /s/ Moira L. Buckley
Moira L. Buckley
Fed. Bar No. ct18803
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5836
(860) 251-5219 (fax)
mbuckley@goodwin.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Seal was electronically filed and mailed via U.S. mail on this 28th day of August, 2008 to the following:

Henry K. Kopel
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Paul McConnell
Assistant United States Attorney
Office of the United States Attorney
450 Main Street
Hartford, CT 06103

_____
Moira L. Buckley